UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGE PIO, Individually and on Behalf of All Other Persons Similarly Situated )<br>)<br>)<br>) Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL MOTORS COMPANY, )<br>MARY T. BARRA, DANIEL )<br>AMMANN, ALAN S. BATEY, )<br>JAMES B. DELUCA, and )<br>DANIEL F. AKERSON )<br>)<br>Defendants, )<br>) | Civil Action No. 2:14-cv-11191-RHC-MKM<br><br>Judge Robert H. Cleland<br>Magistrate Judge Mona K. Majzoub |

## AGREED MOTION FOR EXTENSION OF TIME

Defendants hereby move for an extension of time to respond to Plaintiff's Complaint. In support of their motion, Defendants state as follows:

1. On March 21, 2014, Plaintiff filed a Complaint purporting to assert claims on his own behalf and on behalf of a class of all persons other than Defendants who purchased GM securities between November 17, 2010 and March 10, 2014, inclusive. (Dkt. No. 1)

2. On March 28, 2014, counsel for Plaintiff sent to counsel for Defendants, and counsel for Defendants executed, Waivers of Service that, pursuant to Federal Rule of Civil Procedure 4(d), provided that Defendants'

response to Plaintiff's Complaint would be due on May 27, 2014 (60 days from March 28, 2014). (Dkt. Nos. 2-7)

3. On May 20, 2014, four purported members of the class alleged in the Complaint filed motions for Appointment as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B). (Dkt. Nos. 10-15)

4. The parties anticipate that the pending motions will result in the appointment of lead counsel and the filing of a consolidated class action complaint by such lead counsel.

5. In light of these developments, the parties agree that Defendants need not respond to the pending Complaint, and that the time for Defendants to respond to a consolidated complaint should be set in consultation with lead counsel after such lead counsel are appointed.

6. Defendants therefore request that the Court enter the attached Order, agreed to by Plaintiff, which extends the time for Defendants to respond to the Complaint until such time as the Court rules on any pending or future motions for Appointment of Lead Counsel and approves (or otherwise orders) a schedule for the filing of any Consolidated Complaint and any response thereto.

Dated:   May 27, 2014                             Respectfully submitted,

/s/ Raymond W. Henney
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan  48226-3506
Tel: (313) 465-7410
E-mail: rhenney@honigman.com

/s/ Timothy A. Duffy
Timothy A. Duffy
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: 312-862-2445
E-mail: tduffy@kirkland.com

*Counsel for Defendants*


/s/ Patrick E. Cafferty
Patrick E. Cafferty
Cafferty Clobes Meriwether &
    Sprengel LLP
101 North Main Street, Suite 565
Ann Arbor, Michigan 48104
Tel: 734-769-2144
E-mail: pcafferty@caffertyclobes.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2014, I electronically filed the foregoing paper(s) with the Clerk of the Court which will send notification of such filing.

> Respectfully submitted,
>
> /s/ Raymond W. Henney
> Honigman Miller Schwartz and Cohn LLP
> 660 Woodward Avenue
> 2290 First National Building
> Detroit, Michigan  48226-3506
> Tel: (313) 465-7410
> E-mail: rhenney@honigman.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGE PIO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY, MARY T. BARRA, DANIEL AMMANN, ALAN S. BATEY, JAMES B. DELUCA, and DANIEL F. AKERSON<br><br>          Defendants, | Civil Action No. 2:14-cv-11191-RHC-MKM<br><br>Judge Robert H. Cleland<br>Magistrate Judge Mona K. Majzoub |

## ORDER

The Court, having considered Defendants' Agreed Motion for Extension of Time, hereby orders that the time for Defendants to respond to Plaintiff's Complaint (Dkt. #1) is hereby extended until such time as the Court rules on any pending or future motions for Appointment of Lead Counsel and approves (or otherwise orders) a schedule for the filing of any Consolidated Complaint and any response thereto.

 

                                                                    _____
                                                                    Hon. Robert H. Cleland
                                                                    United States District Judge