# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEORGE PIO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                Plaintiff,<br><br>   v.<br><br>GENERAL MOTORS COMPANY, MARY T. BARRA, DANIEL AMMANN, ALAN S. BATEY, JAMES B. DELUCA, and DANIEL F. AKERSON,<br><br>                Defendants. | Civil Case No. 2:14-cv-11191<br><br>Honorable Linda V. Parker |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Adam Wierzbowski of Bernstein Litowitz Berger & Grossmann LLP hereby enters an appearance as counsel in the above-captioned action on behalf of New York State Teachers' Retirement System, and requests that he be noticed electronically with all future pleadings at adam@blbglaw.com.

Dated:  New York, New York        **BERNSTEIN LITOWITZ BERGER**
        January 15, 2015            **& GROSSMANN LLP**

                        By: /s/ *Adam Wierzbowski*
                            Adam Wierzbowski
                            Email: adam@blbglaw.com
                            1285 Avenue of the Americas, 38th Floor
                            New York, New York 10019
                            Tel:  (212) 554-1400
                            Fax:  (212) 554-1444

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

                                            /s/ *Adam Wierzbowski*
                                            Adam Wierzbowski