# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE PIO, Individually and on Behalf of All Others Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS COMPANY, MARY T. BARRA, DANIEL AMMANN, ALAN S. BATEY, JAMES B. DELUCA, and DANIEL F. AKERSON,<br><br>Defendants. | Civil Case No.  14-cv-11191<br><br>Honorable Linda V. Parker |

## STIPULATION AND ORDER
## ESTABLISHING NEW CASE CAPTION

New York State Teachers' Retirement System ("Lead Plaintiff"), as the court-appointed lead plaintiff for the putative class, individually and on behalf of all others similarly situated, and Defendants General Motors Company, Mary T. Barra, Daniel Ammann, Alan S. Batey, James B. Deluca, and Daniel F. Akerson (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate to establishing a new case caption in the above-captioned action:

**WHEREAS,** on October 24, 2014, the Court appointed New York Teachers'

Retirement System as lead plaintiff in this litigation and appointed Bernstein Litowitz Berger & Grossmann LLP as lead counsel;

**WHEREAS,** on November 4, 2014, pursuant to a stipulation filed by the parties, the Court entered an initial pre-trial schedule in the above-captioned action, pursuant to which Lead Plaintiff must file and serve a consolidated securities class action complaint (the "Complaint") on or before January 15, 2015;

**WHEREAS,** in connection with the Complaint, Lead Plaintiff has determined to remove James B. DeLuca and Alan S. Batey as individual defendants in the above-captioned action (the "Former Defendants");

**WHEREAS,** given the appointment of Lead Plaintiff and the removal of the Former Defendants, and without prejudice to any arguments as to the propriety of the claims asserted against the Defendants, the parties respectfully submit that the best interests of the Court and the parties will be served by updating the caption of the above-captioned action to accurately reflect the parties thereto;

**NOW THEREFORE,** Lead Plaintiff and Defendants, by and through their respective counsel, agree and stipulate to the following:

1. The caption of the above-captioned action shall be changed to the caption set forth on the attached Exhibit A.

**STIPULATED AND AGREED BY:**

| | |
|---|---|
| /s/ Salvatore J. Graziano<br>Salvatore J. Graziano<br>James A. Harrod<br>Adam Wierzbowski<br>Rebecca E. Boon<br>**BERNSTEIN LITOWITZ**<br>   **BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>salvatore@blbglaw.com<br>jim.harrod@blbglaw.com<br>adam@blbglaw.com<br>rebecca.boon@blbglaw.com<br><br>*Counsel for Lead Plaintiff and for the Class*<br><br>E. Powell Miller (P39487)<br>Marc L. Newman (P51393)<br>**THE MILLER LAW FIRM, P.C.**<br>950 West University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>Facsimile: (248) 652-2852<br>epm@millerlawpc.com<br>mln@millerlawpc.com<br><br>*Local Counsel for Lead Plaintiff and for the Class* | /s/ Timothy A. Duffy<br>Raymond W. Henney<br>**HONIGMAN MILLER**<br>   **SCHWARTZ AND COHN LLP**<br>660 Woodward Avenue,<br>Suite 2290<br>Detroit, MI 48226-3506<br>Telephone: (313) 465-7410<br>Facsimile: (313) 465-7411<br>rwh@honigman.com<br><br>Robert J. Kopecky<br>Timothy A. Duffy<br>**KIRKLAND & ELLIS**<br>200 E. Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2084<br>rkopecky@kirkland.com<br>tduffy@kirkland.com<br><br>*Attorneys for Defendants*<br><br><br><br>Dated: January 14, 2015 |

**ORDER**

**IT IS SO ORDERED.**

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: January 15, 2015

# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Persons Similarly Situated,<br><br>       Plaintiff,<br><br> v.<br><br>GENERAL MOTORS COMPANY, DANIEL F. AKERSON, DANIEL AMMANN, and MARY T. BARRA,<br><br>    Defendants. | Civil Case No. 14-cv-11191<br><br>Honorable Linda V. Parker |