FROM THE DESK OF STEPHEN SCHOEMAN, PH. D.
Political Scientist
Attorney-at-Law (ret)

101 Jefferson Avenue
Westfield, New Jersey 07090
908-233-8278



FILED
JAN 25 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

January 19, 2016

The Hon. Linda V. Parker
District Court Judge
United States District Court
Eastern District of Michigan
Federal Building and U.S. Court house
600 Church Street
Flint, Michigan 48502

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berge & Grossmann LLP
1251 Avenue of the Americas-44th Floor
New York, New York 10020

Robert J. Kopecky, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

        Re: New York State Teachers Retirement
         System v. General Motors Company et al
        Civil Case No. 4:14-cv-11191

Dear Judge Parker:

  I received in today's mail a copy of the Notice of Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement, Settlement Fairness Hearing, and Motion for An Award Of Attorney's Fees And Reimbursement Of Litigation Expenses and am concerned for these reasons:

  First, I am in this proposed settlement to received $.29 in recovery for each share of General Motors I owned or own for a total of no more than $14.50! This while Bernstein, Litowitz, Berge and Grossman "the lead counsel" are applying to the Court

"for an award of attorney's' fees for all Plaintiff Counsel in the amount not to exceed 7% of the Settlement Fund" or a total of up to $21,000,000!

Put another way, what the lead counsel is requesting is exorbitant and excessive in light of the $.29 "per each affected share of GM common stock". A good business this. Bring a lawsuit based upon this or that technicality that does not really and truly negatively affect most nearly all the shareholders of GM common stock and then charge 7% for the settlement!

Second, lead counsel wants to be reimbursed for what it claims are up to $1,000,000i in "Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants". But nowhere does the Lead Counsel specifically detail each and every expense for which it seeks up to $1,000,000 in reimbursement!

Third, Lead Counsel estimates that "the average cost per share affected of GM common stock will be approximately $.02". A misleading statement, an innocent sounding statement that the unobservant member of the litigation class may overlook or not appreciate. $.02 translates into a maximum of $26,000,000. Nice money for the work. That is, for threating ever more intense legal action unless General Motors coughs up the money the Lead Plaintiff demands in settlement!

Fourth, the Lead Plaintiff offers "Reasons for the Settlement" that, in sum, boil down to risk that it may lose its class action lawsuit or that General Motors may fail in its defense against it. No proper basis for settlement when the underlying substantive legal issues are not considered by either the court or the jury!

Fifth, only now was I told about this class action litigation! "The purpose of this Notice is to inform you of the existence of the case, that it is a class action, how you might be affected, and how to exclude yourself form the Settlement Case if you wish to do so."

But the class action has already been commenced AND WITHOUT MY KNOWLEDGE OR AGREEMENT!

Sixth, the Lead Counsel in obtuse language-fortunately the United States Constitution is not so written-the members of the class are to understand "What Is This Case About?" Indeed there are more pages devoted to this, to how members of the class action may be affected, what the lead plaintiff's reasons for settlement are, and how settlement class maters are affected by this class action lawsuit, how to participate in the settlement and what to do, how much the payment will be and what the proposed plan of allocation is, the proposed plan of allocation, the calculation of recognized loss amounts, additional provisions, what payment the attorneys for the settlement are seeking and how they will be paid, what if a litigation class member does not want to be a member of the settlement class and how to exclude oneself, and when and where the court will decide whether to approve the settlement and whether the class settlement member has to come

to the earing and whether he or she may speak at the hearing if he or she does not like the settlement, what if the said member bought shares "on behalf of someone else", and can the said member "see the court file" and who should said member contact if the said member has questions "or would like additional information"!

It would take an Albert Einstein to understand all this.

Put another way, there are more words here than in the United States Constitution itself! Indeed when the incomprehensible "Proof Of Claim And Release Form" is included the total verbiage exceeds the United States Constitution, the Declaration of Independence, and Magna Cart or nearly so!

Seventh, I am a party to a class action lawsuit about which I know nothing as to underlying motive or intention and about which I was until today not informed, kept in the dark! And this is ethically wrong on the part of the plaintiff attorneys!

Eighth, I used to be a Professor of American Government and always happily taught about America's great and brilliant legal system-the envy of the world. But no in this case or that parade of other class action lawsuits that have been roundly criticized as opportunities for "hungry" attorneys-at-law to make a buck by taking on some technicality in the hopes that the defendant, fearful of the litigation and its costs and the risk of losing-settles out of hand!

Ninth, settlement of a class action case or any other case is the easy way out. No need, therefor, to try or hear the substantive legal issues. No trial. No verdict!

Tenth, I have received many such notices of pendency of a class action, certification of settlement award, and proposed settlement, settlement fairness hearing, motion for award of attorneys' fees and reimbursement of litigation expenses but have never received a dime from anyone of them.

Far more to the point, and I speak as a United States citizen, I do not like seeing our legal system used in this way-abused if you will-for what seems no other reason that for lawyers to reap considerable profit from whomever they chose to sue.

Please know that I am not and have never been an employee of General Motors nor have any financial interest in the company other than the ownership of 400 shares of common stock of General Motors.

I do expect the lead counsel and the other plaintiff attorneys to unload reams of paper documents on me in the hope of somehow convincing me of the rightness of their cause or perhaps by such volume either to dissuade me from my arguments or to confuse me so that I cease my protest! It's a pattern in other class action lawsuits about which I have personally experienced!

With all due respect, I do hope that the arguments I have presented are by Court order circulated to all the members of the said class action and the said settlement. And that should the lead counsel and the other plaintiff lawyers response to this letter be ordered to present in the clearest language of no more than one or two type written pages what all this about. And that they must provide a detailed statement of each and every expense for which in total they are seeking the unbelievable sum of up to $1,000,000!

Very truly yours,

Stephen Schoeman, Ph. D.



Stephen Francis Schoeman, Ph. D.
Political Scientist
American Government and Foreign Policy Specialist
Attorney-at-Law (ret)
101 Jefferson Avenue
Westfield, New Jersey 07090

RECEIVED
JAN 25 2016
LINDA V. PARKER
U.S. DISTRICT JUDGE

The Hon. Linda V. Parker
District Court Judge
United States District Court
Eastern District of Michigan
Federal Building and U.S. Court house
600 Church Street
Flint, Michigan 48502


FSC
MIX
Paper