

**FILED**
MAR 0 2 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

6607 Shadydale Drive

Shelby Township, MI 48316

February 6, 2016

Civil Case No. 4:14-cv-11191

New York State Teachers' Retirement System (Plaintiff)

VS

General Motors Company (Defendants)

Honorable Linda V. Parker,

This case is another frivolous lawsuit. So many businesses are moving out of the United States or going bankrupt. They are getting caught between frivolous lawsuits OR paying out legal blackmail to settle the case.

The people of the United States need businesses and employers more than they need a few unscrupulous lawyers.

I am hopeful that you will dismiss this case, as General Motors Company has already settled the ignition switch lawsuit with the owners of involved vehicles.

Yours truly,
Jack Orava   248-929-4916

THIS LAWSUIT IS NOT A BENEFIT TO ANYONE EXCEPT THE LAWYERS. A RIPE OFF OF $21,000,000.

THIS IS A "TRAVESTY OF JUSTICE".

Mr. & Mrs. Jack Orava
6607 Shadydale Drive
Shelby Twp., MI 48316

RECEIVED
MAR - 2 2016
U.S. DISTRICT COURT
FLINT, MICHIGAN

United States District Court
Eastern District of Michigan
Clerk of the Court
Federal Building and U.S. Courthouse
600 Church Street
Flint, MI 48502