STATEMENT OF OBJECTIONS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

F I L E D
MAR 1 1 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

---

NEW YORK STATE TEACHERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Persons Similarly Situated,
Plaintiff,

v.

GENERAL MOTORS COMPANY, DANIEL F. AKERSON, NICHOLAS S. CYPRUS, CHRISTOPHER P. LIDDELL, DANIEL AMMANN, CHARLES K. STEVENS, III, MARY T. BARRA, THOMAS S. TIMKO, and GAY KENT,
Defendants

---

Civil Case No. 4:14-cv-11191
Honorable Linda V. Parker

**Statement of Objections**

I am a member of the plaintiff class in the case called *NEW YORK STATE TEACHERS' RETIREMENT SYSTEM v. GENERAL MOTORS COMPANY*. I am a class member because I acquired shares in General Motors over the period of November 17, 2010 and July 24, 2014.

The details of my purchases during the settlement class period are given below:

| Date of Purchase | No. of Shares | Purchase Price | Selling Date | Selling Price |
|---|---|---|---|---|
| 03/21/2011 | 200 | 31.40 | None | None |
| 08/04/2011 | 400 | 26.13 | None | None |

I object to the settlement in this lawsuit. My reasons for objecting are:

1. The proposed settlement does not address the long term impact of the alleged misrepresentations and omissions on the value of GM common stock. The settlement assumes that GM has fully recovered from the negative effects of the alleged misrepresentations and omissions on July 24, 2014. This is highly unrealistic as public memory and media scrutiny does not have an end date. Further, GM continued to suffer the negative consequences well beyond the proposed date as is evident from the coverage in the major news channels.

2. The proposed settlement assumes the loss due to the alleged misrepresentations and omissions on the value of GM common stock is zero for stocks sold before March 10, 2014. The settlement assumes that the loss in GM stock only began on shares sold or held after March 10, 2014. This is not true as GM issued a recall related to the alleged misrepresentations and omissions specifically related to the ignition

switch on February 7, 2014. Assuming that a recall and other news/investigations before the mentioned date does not affect the value of the stock is not reasonable.

3. The proposed settlement plan of allocation will exclude many deserving shareholders from receiving any compensation. The dates and numbers chosen by the plaintiff is designed to exclude a large majority of GM shareholders who continue to suffer from the negative consequences of the alleged misrepresentations and omissions.

4. The proposed settlement plan is too lenient on the company. Not counting the value of life lost, the loss due to public shame and a long term damaged reputation cannot be easily judged in dollars. The settlement proposes very minor consequences for a $50+ Billion company.

5. The calculation of inflation amounts and loss is not transparent and justified. The numbers quoted in the settlement has not been justified and the loss calculation seems to be arbitrary excluding a large number of shareholders.

My personal information is:

**Name:** Animesh Khemka
**Address:** 281, East Warren Avenue, Fremont, CA-94539
**Phone No.:** 530-263-8899

**Dated:** March 1, 2016

Signed: *Animesh Khemka*
Printed name: Animesh Khemka
Address: 281, East Warren Avenue, Fremont, CA-94539

Animesh Khemka
281 E Warren Ave.
Fremont, CA 94539-7916



OAKLAND CA 945
07 MAR 2016 PM 8 L

To, Honorable Linda V. Parker,
Federal Building & U.S. Courthouse,
600, Church Street, Room 102,
Flint, MI - 48502

RECEIVED
MAR 11 2016
LINDA V. PARKER
U.S. DISTRICT JUDGE