

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION



| | |
|---|---|
| In re: ) | Case No. 4:14-cv-11191 |
| NEW YORK STATE TEACHERS' ) | |
| RETIREMENT SYSTEM, INDIVIDUALLY ) | |
| AND ON BEHALF OF ALL OTHER PERSONS ) | Hon. Linda V. Parker |
| SIMILARLY SITUATED, ) | |
|     PLAINTIFF ) | Magistrate Judge Mona K. Majzoub |
| ) | |
| v. ) | |
| ) | |
| GENERAL MOTORS COMPANY, ) | |
| DANIEL F. AKERSON, NICHOLAS ) | |
| S. CYPRUS, CHRISTOPHER P. ) | |
| LIDDELL, DANIEL AMMANN, ) | |
| CHARLES K. STEVENS, III, MARY ) | |
| T. BARRA, THOMAS S. TIMKO, and ) | |
| GAY KENT, ) | |
|     DEFENDANTS. ) | |

## NOTICE OF OBJECTION AND
## OBJECTION TO PROPOSED SETTLEMENT AGREEMENT

Notice is given of the Objection to the Proposed Settlement Agreement upon grounds following by Settlement Class Member, Donald C. Marro ("Marro"), pro se. All fact assertions in the grounds are made as if by affidavit and under penalties of perjury under Virginia and Michigan law.

1. Marro was a General Motors bondholder who became a stockholder Settlement Class member by bankruptcy estate distributions and subsequent purchases. Marro also held warrants during the Settlement Period (terms used as defined in the herein pleadings).

2. Marro was never notified of the pendency of this action until receipt of the Notice of Settlement and Proof of Claim and Release Form. Consequently, exerting an influence on the Settlement Agreement as to bankruptcy estate shares and the warrants that Marro holds (along with many other parties similarly situated to Marro, together the "Warrant Parties") was not afforded to Marro nor to the Warrant Parties.

- 1 -

3. After receiving the Notice, Marro contacted Mr. Salvatore J. Graziano, Esq. of Bernstein Litowitz Berger & Grossmann LLP, lead plaintiff's counsel, to ask why the warrants were not covered by the settlement. Mr. Graziano told Marro that plaintiffs simply hadn't thought of it.

4. Marro is content to be included in the Settlement Class but respectfully requests that the Court modify the Settlement Agreement such that (a) an inflated dollar value is recognized for the shares distributed from the bankruptcy estate and thereby increases the number of shares distributed accordingly, and (b) that warrants that Marro and the Warrant Parties hold be converted to common stock and be included in the overall settlement package, with the amount of the Settlement Agreement increased so Marro and the Warrant Parties are not disadvantaged or diluted by a poorly crafted and calculated settlement amount.

5. Alternatively, Marro respectfully requests the Court's final order allows for a carve-out of the shares distributed from the bankruptcy estate and the warrants held by Marro and the Warrant Parties and orders defendants to negotiate expeditiously and in good faith either with plaintiff's lead counsel on behalf of Marro and the Warrant Parties or with Marro on his own behalf and on behalf of the Warrant Parties.

Dated:  March 9, 2016

Respectfully submitted,

By: _____

DONALD C. MARRO
3318 Bust Head Road
The Plains, VA  20198
Telephone:  (540) 253-5309
Facsimile:  (540) 905-8241
Email:  dmarro@crosslink.net

## DECLARATION

I declare under penalty of perjury under the laws of Virginia and Michigan that all of the foregoing factual assertions are true and correct.

By: _____
DONALD C. MARRO

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, a copy of the foregoing Notice of Objection and Objection to Proposed Settlement Agreement was filed with the Court and served upon the parties via US Mail.

By: _____
DONALD C. MARRO

Bernstein Litowitz Berger & Grossman LLP
Salvatore J. Graziano, Esq.
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Lead Counsel

Kirkland & Ellis LLP
Robert J. Kopecky, Esq.
300 North LaSalle
Chicago, IL 60654
Counsel for Defendants

# EXHIBIT I

# GM WARRANTS (CUSIP 37045V118)

page 1 of 1

Donald C. Marro     5    0412

## PART III - SCHEDULE OF TRANSACTIONS IN GM Warrants (CUSIP 37045 V118)

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every purchase/acquisition (including free receipts) of GM warrants from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering). (Must be documented.)

IF NONE, CHECK HERE:

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed | |
|---|---|---|---|---|---|
| 04/21/11 | 2017 | . | . | ✓ | * |
| 04/21/11 | 2419 | . | . | ✓ | * |
| 07/28/11 | 121 | . | . | ✓ | ** |
| 10/28/11 | 89 | . | . | ✓ | ** |
| / / | | . | . | | |

**2. SALES DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every sale/disposition (including free deliveries) of GM warrants from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)

IF NONE, CHECK HERE:

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 01/16/13 | 600 | 20.8138 | 12453.05 | ✓ |
| 04/04/13 | 4046 | 18.64 | 75380.80 | ✓ |
| / / | | | | |
| / / | | | | |
| / / | | | | |

**3. ENDING HOLDINGS** - State the total number of shares of GM warrants held as of the close of trading on July 24, 2014. (Must be documented.) If none, write "zero" or "0."

ZERO

Confirm Proof of Position Enclosed ✓

\* Initial Distribution from bankruptcy estate

\** Subsequent Distribution from bankruptcy estate

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX

**ZIONS** DIRECT | INVESTMENT CENTER

Account Number: NZD-022217
Account Name: MARRO DAVD

Statement Date: 04/01/2011 to 04/30/2011

## Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|------|--------------|-------------|-------------|----------|--------|------------------|----------------------|
| 04/21/11 | CASH | MERGER | GM CORP SR ESCROW 08.80000% 03/01/2021 MER FROM 370442AJ4 #REOR M0050688330034 | 685.000 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GEN MOTORS CORP ESCROW 09.40000% 07/15/2021 MER FROM 370442AN5 #REOR M0050687820004 | 565.000 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CORP SR NT 8.80000% 03/01/2021 **REORGANIZATION** MER PAYOUT #REOR M0050688330000 | (685.000) | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CORP DEB 9.40000% 07/15/2021 **REORGANIZATION** MER PAYOUT #REOR M0050687820000 | (565.000) | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 MER FROM 370442AN5 #REOR M0050687820001 | 2.219 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 MER FROM 370442AJ4 #REOR M0050688330001 | 2.661 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370442AN5 #REOR M0050687820002 | 2.017 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370442AJ4 #REOR M0050688330002 | 2.419 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370442AN5 #REOR M0050687820003 | 2.017 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370442AJ4 #REOR M0050688330003 | 2.419 | $0.00 | $0.00 | $0.00 |
| 04/25/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 LEU PAYOUT 370442AN5 #REORLM0050687820001 ST Gain $2.16 | | $2.16 | $0.00 | $2.16 |

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

**ZIONS DIRECT** | INVESTMENT CENTER

Account Number: NZD-02217
Account Name: MARRO DON

Statement Date: 07/01/2011 to 07/31/2011

## Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 07/28/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #REOR M005070115000 | 60 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | #B3SMT78 MER FROM 370ESCAN5 GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #REOR M005070127000 | 72 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | #B3SMT78 MER FROM 370ESCAJ4 GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAN5 #REOR M005070127000 | 55 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAN5 #REOR M005070115000 | 66 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAN5 #REOR M005070115000 | 55 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAJ4 #REOR M005070127000 | 66 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 LEU PAYOUT 370ESCAN5 #REOR M005070115000 ST Gain $16.73 | | $16.73 | $0.00 | $16.73 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 LEU PAYOUT 370ESCAJ4 #REOR M005070127000 ST Gain $18.73 | | $18.73 | $0.00 | $18.73 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAJ4 #REOR M005070127000 ST Gain $1.26 | | $1.26 | $0.00 | $1.26 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAN5 #REOR M005070115000 ST Gain $1.75 | | $1.75 | $0.00 | $1.75 |

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period October 1, 2011 to October 31, 2011**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS DIRECT** INVESTMENT CENTER

## ACTIVITY > OTHER ACTIVITY continued

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAN5 #REOR M005071198002 | 40 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAJ4 #REOR M005071970002 | 49 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAN5 #REOR M005071198003 | 40 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAJ4 #REOR M005071970003 | 49 | $0.00 | $0.00 | $0.00 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 LEU PAYOUT 370ESCAJ4 #REORLM005071970001 ST Gain $0.99 | | $0.99 | $0.00 | $0.99 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 LEU PAYOUT 370ESCAN5 #REORLM005071198001 ST Gain $1.65 | | $1.65 | $0.00 | $1.65 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAJ4 #REOR M005071970002 ST Gain $2.18 | | $2.18 | $0.00 | $2.18 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAN5 #REORLM005071198002 ST Gain $16.55 | | $16.55 | $0.00 | $16.55 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2019 LEU PAYOUT 370ESCAJ4 ST Gain $1.52 | | $1.52 | $0.00 | $1.52 |

Zions Direct, Inc.

111031 280 001376400

Account carried with National Financial Services LLC, Member
NYSE, SIPC

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 01-11-13 | Type | Reg Rep | Settlement Date: 01-16-13 | Orig |
|--------|-------|-----|-------|-------|------------|------|---------|------------|------|
| 13011-0CQ7BK | | 5,000 | 93.495 | 912909AD0 | | 1* | X07 0ZD | | |

SECURITY DESCRIPTION
US STEEL CORP NT MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30
WE HAVE ACTED AS AGENT.
COUPON 6.65000% MATURITY DATE 06/01/2037 CALLABLE
CURRENT YIELD 7.112 YIELD TO MATURITY 7.156%
SUBJECT TO MAKE WHOLE CALL CONTINUOUSLY CALLABLE
MOODY'S B1      STANDARD & POOR'S BB
INTEREST PAID SEMI-ANNUALLY
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST
UNSOLICITED ORDER

| | |
|---|---|
| Principal | 4,674.75 |
| Interest | 41.56 |
| Commission | 34.95 |
| **Settlement Amount** | **4,751.26** |

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 01-11-13 | Type | Reg Rep | Settlement Date: 01-16-13 | Orig |
|--------|-------|-----|-------|-------|------------|------|---------|------------|------|
| GMWSA | 13011-0B6ZJB | 600 | 20.8138 | 37045V118 | | 1* | X99 0ZD | | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2016
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Donald

| | |
|---|---|
| Principal Amount | 12,488.28 |
| Commission | 34.95 |
| Activity Assessment Fee | .28 |
| **Settlement Amount** | **12,453.05** |

# ZIONS DIRECT | INVESTMENT CENTER



**Statement for the Period January 1, 2013 to January 31, 2013**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## TRADING *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 01/16/13 | CASH | YOU BOUGHT | US STEEL CORP NT 6.650% 06/01/2037 MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30 ❷ 93.495 | 5,000 | ($4,751.26) | $4,709.70 | |

### Total Securities Purchased

| | | | | | ($21,715.56) | | |
|---|---|---|---|---|---|---|---|

### Securities Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 01/09/13 | CASH | YOU SOLD | MOTORS LIQ CO GUC TR UNIT BEN INT ❷ 22.30 ST Gain $17,403.25 | (782) | $17,403.25 | | $17,403.25 |
| 01/16/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2016 Donald ❷ 20.8138 | (600) | $12,453.05 | | |

### Total Securities Sold

| | | | | | $29,856.30 | | |
|---|---|---|---|---|---|---|---|

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/02/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC ❷ 1 | 2,366.07 | ($2,366.07) |
| 01/09/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC ❷ 1 | 10,760.9 | ($10,760.90) |
| 01/15/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC ❷ 1 | 2,528.13 | ($2,528.13) |
| 01/16/13 | CASH | YOU SOLD | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC ❷ 1 | (2,620.16) | $2,620.16 |



**Zions Direct, Inc.**

MN_CEBBDCJKBBKCLDFG_BBBBB 2013013I

Account carried with National Financial Services LLC, Member NYSE, SIPC

**ZIONS** DIRECT INVESTMENT CENTER

Statement for the Period January 1, 2013 to January 31, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,046 | $18.84 | $76,226.64 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 7,396 | $12.192 | $90,172.03 | | | |
| **Total Equity** | | | | **$253,786.86** | | | |
| **Total Equities** | | | | **$253,786.86** | | | |

## HOLDINGS > FIXED INCOME - 53.08% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Asset Backed Securities

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 01/31/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| AES EASTERN 9% ESCROW 09.0000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30,000 | unavailable | unavailable | | | |

### Corporate Bonds



**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 04-01-13 | | Settlement Date: 04-04-13 |
|---|---|---|---|---|---|---|---|
| | 13091-0CMS1V | 5,000 | 92.75 | 912909AD0 | Type | Reg Rep | Orig |
| | | | | | 1* | X99 0ZD | |

SECURITY DESCRIPTION
US STEEL CORP NT MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30
WE HAVE ACTED AS AGENT.
COUPON 6.65000%  MATURITY DATE 06/01/2037 CALLABLE
CURRENT YIELD 7.169 YIELD TO MATURITY 7.226%
SUBJECT TO MAKE WHOLE CALL CONTINUOUSLY CALLABLE
MOODY'S B1    STANDARD & POOR'S BB
INTEREST PAID SEMI-ANNUALLY
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST
UNSOLICITED ORDER

| | |
|---|---|
| Principal Amount | 4,637.50 |
| Interest | 113.60 |
| Commission | 34.95 |
| Settlement Amount | 4,786.05 |

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 04-01-13 | | Settlement Date: 04-04-13 |
|---|---|---|---|---|---|---|---|
| GMWSA | 13091-0CKVLC | 4,046 | 18.64 | 37045V118 | Type | Reg Rep | Orig |
| | | | | | 1* | X99 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2016
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Donald

| | |
|---|---|
| Principal Amount | 75,417.44 |
| Commission | 34.95 |
| Activity Assessment Fee | 1.69 |
| Settlement Amount | 75,380.80 |

Account: NZD-022217

**ZIONS** DIRECT | INVESTMENT CENTER

Statement for the Period April 1, 2013 to April 30, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

### TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 04/04/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2016 Donald @ 11.9325 | 1,000 | ($11,967.45) | $11,967.45 | |
| 04/04/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Donald @ 43.156 | 1,000 | ($43,190.95) | $43,190.95 | |
| 04/04/13 | CASH | YOU BOUGHT | US STEEL CORP NT 6.650% 06/01/2037 MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30 @ 92.75 | 5,000 | ($4,786.05) | $4,672.45 | |
| | | | Adjusted Cost Basis | | | $0.00 | D |
| **Total Securities Purchased** | | | | | ($59,944.45) | | |
| **Securities Sold** | | | | | | | |
| 04/04/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2016 @ 18.64 | (4,046) | $75,380.80 | $1,559.28 | |
| **Total Securities Sold** | | | | | $75,380.80 | | |
| **Redemptions** | | | | | | | |
| 04/16/13 | CASH | REDEEMED | REALOGY CORP SR SUB 12.37500% 04/15/2015 FULL CALL PAYOUT #REOR R00391 69560000 | (45,000) | $45,000.00 | | |
| | | | Adjusted Cost Basis | | | $0.00 | D |



MNX__CEBBDNXHBKCKHDR_BBBBB 20130430
NI DΦ9H4G31Z11Y4.0XXZ9R.0XXX0X0X0X00X00

**Zions Direct, Inc.**

Account carried with National Financial Services LLC, Member
NYSE, SIPC



**ZIONS DIRECT**

INVESTMENT CENTER

Statement for the Period July 1, 2014 to July 31, 2014

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS › EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 07/31/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 | GM CASH | 3,562 | $33.82 | $120,466.84 | $4,274.40 | $124,139.31 | ($3,672.47) |
| Estimated Yield 3.54% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Option Cash | | | | | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODKWS CASH | 41 | $8.13 | $333.33 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKWSA CASH | 41 | $7.47 | $306.27 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 2,000 | $16.90 | $33,800.00 | | $33,919.90 | ($119.90) |

| Total Equities | | | | $157,695.96 | $4,274.40 | $158,059.21 | ($3,792.37) |
|---|---|---|---|---|---|---|---|

| Total Equity | | | | $157,695.96 | $4,274.40 | $158,059.21 | ($3,792.37) |
|---|---|---|---|---|---|---|---|

## HOLDINGS › FIXED INCOME - 72.18% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. "Ratings information from Standard & Poor's ("SP") may not be reproduced. S&P credit ratings are statements of opinion, and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of ratings. S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings."

Accrued Interest¹ - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 07/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 07/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| HAWKER BEECHCRAFT CONTRA 09.75000% 04/01/2017 CPN PMT SEMI-ANNUAL DN AUG 04, FEB 04 | 420ESCAH8 CASH | 44.000 | unavailable | unavailable | | | |

**Zions Direct, Inc.**

MN _CEBBHGCTBCMQRZ_BBBBB 20140731

Account carried with National Financial Services LLC, Member
NYSE, SIPC

# EXHIBIT II

# GM WARRANTS (CUSIP 37045V126)

General MTRS CO WTS EXP
07/10/2019 MER FROM 370442ANS

Page / 85

Donald C. MARRO          5     0412

## PART III - SCHEDULE OF TRANSACTIONS IN GM *warrants* (CUSIP 37045 V 126)

Please be sure to include proper documentation with your Claim Form as described in detail in Part II, General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1.** **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every purchase/acquisition (including free receipts) of GM *warrants* from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering).  (Must be documented.)     **IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed | |
|---|---|---|---|---|---|
| 04/21/11 | 2017 | 0.00 | 0.00 | ✓ | * |
| 04/21/11 | 2419 | 0.00 | 0.00 | ✓ | * |
| 07/28/11 | 121 | 0.00 | 0.00 | ✓ | ** |
| 10/28/11 | 89 | 0.00 | 0.00 | ✓ | ** |
| / / | | | | | |

**2.** **SALES DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every sale/disposition (including free deliveries) of GM _____ from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)     **IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 07/08/13 | 1000 | 17.1481 | 17112.85 | ✓ |
| 07/17/13 | 200 | 18.84 | 3767.93 | ✓ |
| 07/17/13 | 300 | 18.85 | 5619.95 | ✓ |
| 07/17/13 | 500 | 18.8448 | 9422.23 | ✓ |
| 09/10/13 | 3896 | 19.08 | 74299.43 | ✓ |

**3.** **ENDING HOLDINGS** - State the total number of shares of GM *warrants* held as of the close of trading on July 24, 2014. (Must be documented.)  If none, write "zero" or "0."     **Confirm Proof of Position Enclosed**

\* Initial Distribution from bankruptcy estate

\*\* Subsequent Distribution from bankruptcy estate

**IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX** ✓

*page 2 of 5*

*Donald C. Marro*      5    *0412*

## PART III - SCHEDULE OF TRANSACTIONS IN GM *Warrants (Cusip 37045V126)*

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1.   PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every purchase/acquisition (including free receipts) of GM *Warrants* from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering). (Must be documented.)  **IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed |
|---|---|---|---|---|
| 05/10/12 | 100 | 8.80 | 880.00 | ✓ |
| 05/10/12 | 100 | 8.8273 | 882.73 | ✓ |
| 05/10/12 | 300 | 8.77 | 2666.95 | ✓ |
| 06/08/12 | 500 | 7.8493 | 3960.60 | ✓ |
| 10/19/12 | 500 | 9.6348 | 4852.35 | ✓ |

**2.   SALES DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every sale/disposition (including free deliveries) of GM                    . from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)  **IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 11/07/13 | 2000 | 20.20 | 40364.34 | ✓ |
| 07/17/14 | 36 | 20.04 | 686.47 | ✓ |
| 07/17/14 | 200 | 20.03 | 4005.91 | ✓ |
| 07/17/14 | 764 | 20.01 | 15287.30 | ✓ |
| 02/14/14 | 3000 | 36.20 | 56544.40 | ✓ |

**3.   ENDING HOLDINGS** - State the total number of shares of GM *Warrants* held as of the close of trading on July 24, 2014. (Must be documented.) If none, write "zero" or "0."    **Confirm Proof of Position Enclosed**

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX ✓



*Page 3 of 5*

Donald C. Marro    5    0412

# PART III - SCHEDULE OF TRANSACTIONS IN GM Warrants (CUSIP 37045 V126)

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every purchase/acquisition (including free receipts) of GM Warrants ⟨ from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering). (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed |
|---|---|---|---|---|
| 01 / 09 / 13 | 500 | 13.2148 | 6642.35 | ✔ |
| 01 / 16 / 13 | 100 | 13.69 | 1369.00 | ✔ |
| 01 / 16 / 13 | 650 | 13.72 | 8952.95 | ✔ |
| 02 / 22 / 13 | 500 | 11.6434 | 5856.65 | ✔ |
| 04 / 04 / 13 | 1000 | 11.9325 | 11967.45 | ✔ |

**2. SALES DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every sale/disposition (including free deliveries) of GM Warrants ⟨ from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

**3. ENDING HOLDINGS -** State the total number of shares of GM Warrants ⟨ held as of the close of trading on July 24, 2014. (Must be documented.) If none, write "zero" or "0."

**Confirm Proof of Position Enclosed**

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX ✔

*page 4 85*

Donald C. Marro         5    0412

## PART III - SCHEDULE OF TRANSACTIONS IN GM *warrants* *(cusip 37045W26)*

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every purchase/acquisition (including free receipts) of GM *warrants* :k from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering). (Must be documented.)    **IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed |
|---|---|---|---|---|
| 05/30/13 | 11 | 17.02 | 222.17 | ✓ |
| 05/30/13 | 189 | 17.00 | 3213.00 | ✓ |
| 05/30/13 | 800 | 17.0398 | 13631.84 | ✓ |
| 10/18/13 | 1000 | 17.90 | 17934.95 | ✓ |
| 03/17/14 | 300 | 17.12 | 5170.95 | ✓ |

**2. SALES DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every sale/disposition (including free deliveries) of GM *warrants* rom November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)    **IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

**3. ENDING HOLDINGS -** State the total number of shares of GM *warrants*. held as of the close of trading on July 24, 2014. (Must be documented.) If none, write "zero" or "0."    Confirm Proof of Position Enclosed

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX ✓

*page 5 of 5*



*Donald C. Marro*    5    *0412*

## PART III - SCHEDULE OF TRANSACTIONS IN GM *warrants* ( CUSIP 37045V126 )

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

1. **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every purchase/acquisition (including free receipts) of GM : from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering).  (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed |
|---|---|---|---|---|
| 03/17/14 | 700 | 17.1199 | 11 983.93 | ✓ |
| 03/31/14 | 1000 | 17.45 | 17 484.95 | ✓ |
| 04/15/14 | 1000 | 16.40 | 16 434.95 | ✓ |
| / / | | | | |
| / / | | | | |

2. **SALES DURING THE SETTLEMENT CLASS PERIOD** - Separately list each and every sale/disposition (including free deliveries) of GM *warrants* from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |
| / / | | | | |

3. **ENDING HOLDINGS** - State the total number of shares of GM *warrants* held as of the close of trading on July 24, 2014. (Must be documented.)  If none, write "zero" or "0."

2000

**Confirm Proof of Position Enclosed** ✓

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX ✓

**Account Number: NZD-022217**
**Account Name: MARRO DAVID**

Statement Date: 04/01/2011 to 04/30/2011



**ZIONS DIRECT** | INVESTMENT CENTER

## Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 04/21/11 | CASH | MERGER | GM CORP SR ESCROW 08.80000% 03/01/2021 MER FROM 370442AJ4 #REOR M005068830004 | 685,000 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GEN MOTORS CORP ESCROW 09.40000% 07/15/2021 MER FROM 370442AN5 #REOR M005068782000 4 | 565,000 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CORP SR NT 8.80000% 03/01/2021 **REORGANIZATION** MER PAYOUT #REOR M005068830000 | (685,000) | $0.00 | | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CORP DEB 9.40000% 07/15/2021 **REORGANIZATION** MER PAYOUT #REOR M005068782000 0 | (565,000) | $0.00 | | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 MER FROM 370442AN5 #REOR M005068782000 1 | 2,219 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 MER FROM 370442AJ4 #REOR M005068782000 1 | 2,661 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370442AN5 #REOR M005068782000 2 | 2,017 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370442AJ4 #REOR M005068830002 | 2,419 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370442AN5 #REOR M005068782000 3 | 2,017 | $0.00 | $0.00 | $0.00 |
| 04/21/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370442AJ4 #REOR M005068830003 | 2,419 | $0.00 | $0.00 | $0.00 |
| 04/25/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 LEU PAYOUT 370442AN5 #REORL M005068782000 1 ST Gain $2.16 | | $2.16 | $0.00 | $2.16 |

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC.

**ZIONS DIRECT** | INVESTMENT CENTER

Account Number: NZD-022217
Account Name: MARRO DON

Statement Date: 07/01/2011 to 07/31/2011

## Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 07/28/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 MER FROM 370ESCAN5 #REOR M00507011500001 | 60 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 MER FROM 370ESCAJ4 #REOR M00507012700001 | 72 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAN5 #REOR M00507011500002 | 55 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAJ4 #REOR M00507012700002 | 66 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAN5 #REOR M00507011500003 | 55 | $0.00 | $0.00 | $0.00 |
| 07/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAJ4 #REOR M00507012700003 | 66 | $0.00 | $0.00 | $0.00 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 LEU PAYOUT 370ESCAN5 #REOR LM00507011500001 ST Gain $16.73 | | $16.73 | $0.00 | $16.73 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SM778 LEU PAYOUT 370ESCAJ4 #REOR LM00507012700001 ST Gain $18.73 | | $18.73 | $0.00 | $18.73 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAJ4 #REOR LM00507012700002 ST Gain $1.26 | | $1.26 | $0.00 | $1.26 |
| 07/29/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAN5 #REOR LM00507011500002 ST Gain $1.75 | | $1.75 | $0.00 | $1.75 |

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period October 1, 2011 to October 31, 2011**

DONALD G MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



ZIONS DIRECT | INVESTMENT CENTER

## ACTIVITY • OTHER ACTIVITY continued

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAN5 #REOR M05071198000Z | 40 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2016 MER FROM 370ESCAJ4 #REOR M05071197000Z | 49 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAN5 #REOR M05071198000S | 40 | $0.00 | $0.00 | $0.00 |
| 10/28/11 | CASH | MERGER | GENERAL MTRS CO WTS EXP 07/10/2019 MER FROM 370ESCAJ4 #REOR M05071197000S | 49 | $0.00 | $0.00 | $0.00 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5M7T8 LEU PAYOUT 370ESCAJ4 #REOR LM05071197000I ST Gain $0.99 | | $0.99 | $0.00 | $0.99 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5MT7B LEU PAYOUT 370ESCAN5 #REOR LM05071198000I ST Gain $1.85 | | $1.85 | $0.00 | $1.85 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAJ4 #REOR LM05071197000Z ST Gain $2.18 | | $2.18 | $0.00 | $2.18 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2016 LEU PAYOUT 370ESCAN5 #REOR LM05071198000Z ST Gain $16.55 | | $16.55 | $0.00 | $16.55 |
| 10/31/11 | CASH | IN LIEU OF FRX SHARE | GENERAL MTRS CO WTS EXP 07/10/2019 LEU PAYOUT 370ESCAJ4 #REOR LM05071197000S ST Gain $1.52 | | $1.52 | $0.00 | $1.52 |

SECURITY DESCRIPTION(continued)
Don Marro

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-02-13 | Type | Reg Rep | Settlement Date: 07-08-13 |
|---|---|---|---|---|---|---|---|---|
| GM | 13183-0CRF3R | 2,000 | 34.1226 | 37045V100 | | 1* | X27 0ZD | |

SECURITY DESCRIPTION
GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

| | |
|---|---|
| Principal Amount | 68,245.20 |
| Commission | 34.95 |
| Activity Assessment Fee | 1.19 |
| **Settlement Amount** | **68,209.06** |

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-02-13 | Type | Reg Rep | Settlement Date: 07-08-13 |
|---|---|---|---|---|---|---|---|---|
| GMWSB | 13183-0CRJTD | 1,000 | 17.1481 | 37045V126 | | 1* | X27 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

| | |
|---|---|
| Principal Amount | 17,148.10 |
| Commission | 34.95 |
| Activity Assessment Fee | .30 |
| **Settlement Amount** | **17,112.85** |

*(handwritten: 85,321.91)*
*(handwritten: 73,304.07)*
*(handwritten: (12,017.54))*

Account: NZD-02217

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,                          UT 84133

# ZIONS DIRECT | INVESTMENT CENTER

A711011336
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

Account:                NZD-022217
Confirm Date:           07/12/2013

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:     (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

Trade Date: 07-12-13          Settlement Date: 07-17-13

| YOU SOLD | | | | | |
|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
| GMWSB | 13193-0B1NTD | 200 | 18.84 | 37045V126 | 1* | X80 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

Principal Amount                        3,768.00
Activity Assessment Fee                      .07
Settlement Amount                       3,767.93

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC.  ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3    A711011336

Account: NZD-022217

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-12-13 | | Settlement Date: 07-17-13 |
|--------|-------|-----|-------|-------|------|------|------|
| GMWSB | 13193-0B1NTP | 500 | 18.8448 | 37045V126 | Type: 1* | Reg Rep: X80 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

Principal Amount                         9,422.40
Activity Assessment Fee                      .17
**Settlement Amount**                    **9,422.23**

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-12-13 | | Settlement Date: 07-17-13 |
|--------|-------|-----|-------|-------|------|------|------|
| GMWSB | 13193-0B1NTW | 300 | 18.85 | 37045V126 | Type: 1* | Reg Rep: X80 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

Principal Amount                         5,655.00
Commission                                  34.95
Activity Assessment Fee                       .10
**Settlement Amount**                    **5,619.95**



**ZIONS DIRECT** | INVESTMENT CENTER

Statement for the Period July 1, 2013 to July 31, 2013

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## TRADING *continued*

### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 07/08/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Don Marro @ 48.9492 | 1,100 | ($53,734.12) | $53,734.12 | |

**Total Securities Purchased** ($73,304.07)

### Securities Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 07/08/13 | CASH | YOU SOLD | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5SMT78 @ 34.1226 | (2,000) | $68,209.06 | $18,980.75 | |
| 07/08/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 Don Marro @ 17.1481 | (1,000) | $17,112.85 | | |
| 07/17/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 Don Marro @ 18.84 | (200) | $3,767.93 | | |
| 07/17/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 @ 18.85 | (300) | $5,619.95 | | |
| 07/17/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 Don Marro @ 18.8448 | (500) | $9,422.23 | | |

**Total Securities Sold** $104,132.02

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 07/02/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 77.51 | ($77.51) |
| 07/08/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 12,017.84 | ($12,017.84) |
| 07/15/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 2,528.13 | ($2,528.13) |

Zions Direct, Inc.

CFBBFBOBRCTIFK_BBBBB 20130731

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Statement for the Period July 1, 2013 to July 31, 2013**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS DIRECT | INVESTMENT CENTER**

# Holdings

## CASH AND CASH EQUIVALENTS - 16.34% of Total Account Value

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

### Bank Deposits

| Description | Symbol/Cusip Account Type | Quantity | Price on 07/31/13 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| BANK DEPOSIT SWEEP PROGRAM FDIC ELIGIBLE NOT COVERED BY SIPC Estimated Annual Yield 0.05% | 0ZC5Q CASH | 98,503.77 | $1.00 | $98,503.77 | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance. Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance. Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

**Total Cash and Cash Equivalents** $98,503.77

## HOLDINGS > EQUITIES - 49.26% of Total Account Value

### Equity

| Description | Symbol/Cusip Account Type | Quantity | Price on 07/31/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MARITIME CORP SHS | Y2893R119 CASH | 32 | unavailable | unavailable | | | |
| GENERAL MOTORS CO PFD Estimated Yield 4.77% Next Dividend Payable: 09/03/13 | GM/PRB CASH | 3,000 | $49.94 | $149,820.00 | $7,125.00 | $138,289.17 | $11,530.83 |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #-HY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GM/WSB CASH | 7,896 | $18.63 | $147,102.48 | unavailable | | |

**Zions Direct, Inc.**
MN _CEBBFCBBQCITFK_BBBBB 20130731

Account carried with National Financial Services LLC, Member NYSE, SIPC

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,        UT 84133

A711101026I
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

## ZIONS DIRECT
INVESTMENT CENTER

### TRADE CONFIRMATION SUMMARY REPORT

Account:                     NZD-022217
Confirm Date:                09/06/2013

Investment Rep Name:
INVESTMENT CENTER
For Questions Call: (800) 524-8875

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| GMWSB | 13248-DCCBGB | 3,896 | 19.08 | 37045V126 | 1 | X55 QZD |

**Trade Date: 09-05-13       Settlement Date: 09-10-13**

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Donald Marro

| | |
|---|---|
| Principal Amount | 74,335.68 |
| Commission | 34.95 |
| Activity Assessment Fee | 1.30 |
| Settlement Amount | 74,299.43 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3      A711101026I

Account: NZD-022217



**ZIONS DIRECT** | INVESTMENT CENTER

Statement for the Period September 1, 2013 to September 30, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Sold** | | | | | | | |
| 09/10/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 Donald Marro @ 19.08 | (3,896) | $74,299.43 | $10,816.46 | |
| 09/10/13 | CASH | YOU SOLD | GENERAL MOTORS CO PFD Don Morrow @ 49.88 ST Gain $6,454.55 | (1,000) | $49,844.18 | $43,389.63 | $6,454.55 |
| **Total Securities Sold** | | | | | | $124,143.61 | $6,454.55 |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | | |
|---|---|---|---|---|---|---|---|
| 09/03/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 1,781.25 | ($1,781.25) | | |
| 09/10/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 124,143.61 | ($124,143.61) | | |
| 09/20/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 2,250 | ($2,250.00) | | |
| 09/30/13 | CASH | REINVESTMENT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC NET INT REINVEST | 8.96 | ($8.96) | | |
| **TOTAL CORE FUND ACTIVITY** | | | | | ($128,183.82) | | |

## ZIONS DIRECT | INVESTMENT CENTER

# Holdings

## CASH AND CASH EQUIVALENTS - 42.97% of Total Account Value

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

### Bank Deposits

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/13 | Current Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| BANK DEPOSIT SWEEP PROGRAM FDIC ELIGIBLE NOT COVERED BY SIPC Estimated Annual Yield  0.05% | DZCSQ CASH | 261,923.79 | $1.00 | $261,923.79 | |

Bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC).   Funds used to purchase or sweep into a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.   Customers are responsible for monitoring their total deposits at each Program Bank to determine the extent of available FDIC insurance.  Refer to the Bank Deposit Detail section which appears later in this statement for information on the banks holding your deposits. If your account was established on the last business day of this month, your statement will not include a Bank Deposit Detail section.

### Total Cash and Cash Equivalents

| | | | | $261,923.79 | |
|---|---|---|---|---|---|

## HOLDINGS > EQUITIES - 28.66% of Total Account Value

| Description | Symbol/Cusip Account Type | Quantity | Price on 09/30/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Equity | | | | | | | |
| GENERAL MARITIME CORP SHS | Y2893R119 CASH | 32 | unavailable | unavailable | | | |
| GENERAL MOTORS CO PFD Estimated Yield  4.73% | GMPRB CASH | 2,000 | $50.15 | $100,300.00 | $4,750.00 | $94,899.54 | $5,400.46 |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MH Y2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 4,000 | $18.60 | $74,400.00 | | $54,281.58 | $20,118.42 |

Account: KZD-622217

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip |
| --- | --- | --- | --- | --- |
| GM | 12128-OC55BP | 500 | 22.3727 | 37045Y100 |

Trade Date: 05-07-12   Settlement Date: 05-10-12

| Type | Reg Rep |
| --- | --- |
| 1* | X44 0ZD |

SECURITY DESCRIPTION
GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER don morrow

| | |
| --- | --- |
| Principal Amount | 11,186.35 |
| Commission | 35.95 |
| Activity Assessment Fee | .26 |
| Settlement Amount | 11,150.14 |

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip |
| --- | --- | --- | --- | --- |
| GMWSB | 12128-OC52RM | 500 | 8.77 | 37045Y126 |

Trade Date: 05-07-12   Settlement Date: 05-10-12

| Type | Reg Rep |
| --- | --- |
| 1* | X44 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don morrow

| | |
| --- | --- |
| Principal Amount | 2,631.00 |
| Commission | 35.95 |
| Settlement Amount | 2,666.95 |

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip |
| --- | --- | --- | --- | --- |
| GMWSB | 12128-OC52RQ | 100 | 8.80 | 37045Y126 |

Trade Date: 05-07-12   Settlement Date: 05-10-12

| Type | Reg Rep |
| --- | --- |
| 1* | X44 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2018
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don morrow

| | |
| --- | --- |
| Principal Amount | 880.00 |
| Settlement Amount | 880.00 |

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip |
| --- | --- | --- | --- | --- |
| GMWSB | 12128-OC52RT | 100 | 8.8273 | 37045Y126 |

Settlement Date: 05-10-12

| Type | Reg Rep |
| --- | --- |
| 1* | X44 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don morrow

| | |
| --- | --- |
| Principal Amount | 882.73 |
| Settlement Amount | 882.73 |

# ZIONS DIRECT | INVESTMENT CENTER

**Statement for the Period May 1, 2012 to May 31, 2012**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## TRADING *continued*

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 05/10/12 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 don morrow @ 8.80 | 100 | ($880.00) | $880.00 | |
| 05/10/12 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 don morrow @ 8.8273 | 100 | ($882.73) | $882.73 | |
| 05/10/12 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 don morrow @ 8.77 | 300 | ($2,666.95) | $2,666.95 | |
| 05/14/12 | CASH | YOU BOUGHT | GENERAL MTRS ACCEP CPSMARTINBE 8.00000% 10/15/2017 CALL @ 100.375 | 25,000 | ($25,290.81) | $25,129.70 | |
| 05/14/12 | CASH | YOU BOUGHT | VULCAN MATLS CO SR NT 7.15000% 11/30/2037 @ 95.50 | 10,000 | ($9,911.87) | $9,585.95 | |
| **Total Securities Purchased** | | | | | **($39,632.16)** | | |
| **Securities Sold** | | | | | | | |
| 05/10/12 | CASH | YOU SOLD | AMR CORP DEL MEDTERM NTS BE 10.55000% 03/12/2021 FR @ 47.20 LT Loss $11,744.55 Adjusted Cost Basis | (23,000) | $10,820.05 | $22,564.60 | |
| 05/10/12 | CASH | YOU SOLD | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5NM778 don morrow @ 22.3727 | (500) | $11,150.14 | $22,564.60 D | ($11,744.55) |
| 05/14/12 | CASH | YOU SOLD | AMR CORP DEL DEB 10.20000% 03/15/2020 CORR LEGEND 1 CORRECTED CONFIRM @ 48.50 | (25,000) | $12,088.05 | | |
| 05/14/12 | CASH | YOU SOLD | GENERAL MTRS ACCEP CPSMARTNBE 7.75000% 10/15/2017 CALL @ 99 LT Gain $18.13 Adjusted Cost Basis | (15,000) | $14,907.70 | $14,743.92 | $18.13 |
| **Total Securities Sold** | | | | | **$48,965.94** | **$14,795.92 D** | **$18.13** |



Zions Direct, Inc.

Account carried with National Financial Services LLC, Member NYSE, SIPC

**ZIONS DIRECT** | INVESTMENT CENTER

Statement for the Period May 1, 2012 to May 31, 2012

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 05/31/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3NMT78 Dividend Option Cash Capital Gain Option Cash | GM CASH | 3,611 | $22.20 | $80,184.20 | $94,553.00 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,846 | $13.30 | $61,791.80 | $95,462.14 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R1127 CASH | 50 | unavailable | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 5,146 | $8.81 | $44,307.06 | $43,300.72 | | | |

| Total Equity | | | | $186,283.06 | | | | |
| Total Equities | | | | $186,283.06 | | | $39,807.85 | |
| | | | | | | | $39,807.85 | |

## HOLDINGS > FIXED INCOME - 60.93% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 05/31/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|

### Asset Backed Securities

## YOU SOLD

| Symbol GM | Ref # 12157-0CRH8F | Qty 500 | Price 21.2326 | Cusip 37045Y100 | Trade Date: 06-05-12 | Type 1* | Reg Rep X07 0ZD | Settlement Date: 06-08-12 | CR# |
|---|---|---|---|---|---|---|---|---|---|

SECURITY DESCRIPTION
GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT8
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don

Principal Amount ........... 10,616.30
Commission ........... 35.95
Activity Assessment Fee ........... .24
Settlement Amount ........... 10,580.11

## YOU BOUGHT

| Symbol GMWSB | Ref # 12157-0CRPKH | Qty 500 | Price 7.8493 | Cusip 37045V126 | Trade Date: 06-05-12 | Type 1* | Reg Rep X07 0ZD | Settlement Date: 06-08-12 | CR# |
|---|---|---|---|---|---|---|---|---|---|

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Don

Principal Amount ........... 3,924.65
Commission ........... 35.95
Settlement Amount ........... 3,960.60

## YOU SOLD

| Symbol | Ref # 12157-0CRBC9 | Qty 25,000 | Price 58.05 | Cusip 442488BA9 | Trade Date: 06-05-12 | Type 1* | Reg Rep X07 0ZD | Settlement Date: 06-08-12 | CR# |
|---|---|---|---|---|---|---|---|---|---|

SECURITY DESCRIPTION
HOVNANIAN K ENTERPRISES INC SR NT
WE HAVE ACTED AS AGENT.
COUPON 8.62500% MATURITY DATE 01/15/2017 CALLABLE
CURRENT YIELD 14.857 YIELD TO MATURITY 24.287%
SUBJECT TO MAKE WHOLE CALL CONTINUOUSLY CALLABLE
MOODY'S CAA3   STANDARD & POOR'S CC
INTEREST PAID SEMI-ANNUALLY
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST

Principal Amount ........... 14,512.50
Interest ........... 856.51
Commission ........... 35.95
Settlement Amount ........... 15,333.06

**ZIONS** DIRECT | INVESTMENT CENTER

Statement for the Period June 1, 2012 to June 30, 2012
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/30/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,940,000 | | $289,220.80 | | $24,308.75 | $208,102.35 | ($40,299.25) |
| Total Fixed Income | | 1,670,000 | | $274,320.60 | | $27,209.75 | $230,249.25 | ($57,348.15) |
| Total Securities | | | | $440,857.47 | | $27,209.75 | $270,057.10 | ($57,348.15) |
| **TOTAL PORTFOLIO VALUE** | | | | **$476,286.64** | | **$27,209.75** | **$270,057.10** | **($57,348.15)** |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for your tax reporting purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

### TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 06/08/12 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 D on @ 7.8493 | 500 | ($3,960.60) | $3,960.60 | |
| **Total Securities Purchased** | | | | | **($3,960.60)** | | |
| **Securities Sold** | | | | | | | |
| 06/08/12 | CASH | YOU SOLD | EDISON MISSION ENERGY 7.75000% 06/15/2016 SR NT @ 50.25 LT Loss $7,820.78 Adjusted Cost Basis | (20,000) | $10,738.91 | $17,262.76 | ($7,820.78) |
| | | | | | **$17,834.83** | **D** | **($7,820.78)** |



Zions Direct, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

ZIONS **DIRECT**
INVESTMENT
CENTER

Statement for the Period June 1, 2012 to June 30, 2012
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/12 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5SMT78 Dividend Option Cash Capital Gain Option Cash | GM CASH | 3,111 | $19.72 | $61,348.92 | $80,184.20 | | | |
| MOTORS LIQ CO GUC TR UNIT BEN INT | MTLQU CASH | 1,282 | $12.25 | $15,704.50 | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,846 | $11.021 | $51,203.57 | $61,791.80 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | unavailable | | $39,807.85 | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 5,846 | $6.76 | $38,279.88 | $44,307.06 | | | |

**Total Equity**                                                                                                 $166,536.87

**Total Equities**                                                                                               $166,536.87          $39,807.85

## HOLDINGS > FIXED INCOME - 57.60% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/30/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|

## Asset Backed Securities

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

# ZIONS DIRECT | INVESTMENT CENTER

**ZIONS DIRECT**
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY, UT 84133

A711101027T
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

| | |
|---|---|
| Account: | NZD-022217 |
| Confirm Date: | 10/16/2012 |

Investment Rep Name:
INVESTMENT CENTER
For Questions Call: (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

### YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 10-16-12 | Type | Settlement Date: 10-19-12 | Reg Rep |
|---|---|---|---|---|---|---|---|---|
| GMWSB | 12290-0CLH9N | 500 | 9.6348 | 37045V126 | | 1* | | X99 0ZD |

**SECURITY DESCRIPTION**
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Don

| | | Orig |
|---|---|---|
| Principal Amount | | 4,817.40 |
| Commission | | 34.95 |
| Settlement Amount | | 4,852.35 |

### YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 10-16-12 | Type | Settlement Date: 10-19-12 | Reg Rep |
|---|---|---|---|---|---|---|---|---|
| MTLQU | 12290-0CLD3J | 500 | 19.05 | 62010U101 | | 1* | | X99 0ZD |

**SECURITY DESCRIPTION**
MOTORS LIQ CO GUC TR UNIT BEN INT
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don

| | | Orig |
|---|---|---|
| Principal Amount | | 9,525.00 |
| Commission | | 34.95 |
| Activity Assessment Fee | | .22 |
| Settlement Amount | | 9,489.83 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

Account: NZD-022217

**Statement for the Period October 1, 2012 to October 31, 2012**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirely
Account Number: NZD-022217



ZIONS DIRECT | INVESTMENT CENTER

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 10/31/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,840.000 | | $271,030.69 | | $24,308.75 | $208,083.21 | ($36,181.27) |
| **Total Fixed Income** | | 1,670.000 | | **$278,230.69** | | **$27,209.75** | **$230,230.11** | **($57,128.17)** |
| **Total Securities** | | | | **$512,565.29** | | **$27,209.75** | **$270,037.96** | **($57,128.17)** |
| **TOTAL PORTFOLIO VALUE** | | | | **$525,949.23** | | **$27,209.75** | **$270,037.96** | **($57,128.17)** |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes.  Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

### TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 10/19/12 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Dot @ 9.6348 | 500 | ($4,852.35) | $4,852.35 | |
| **Total Securities Purchased** | | | | | **($4,852.35)** | | |
| **Securities Sold** | | | | | | | |
| 10/19/12 | CASH | YOU SOLD | MOTORS LIQ CO GUC TR UNIT BEN INT @ 19.05 | (500) | $9,489.83 | | |
| **Total Securities Sold** | | | | | **$9,489.83** | | |

Zions Direct, Inc.
MN _CEBBCQQXBBCWRRT_BBBBB 20121031

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 11 of

**Statement for the Period October 1, 2012 to October 31, 2012**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

ZIONS **DIRECT** | INVESTMENT CENTER

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/12 | Current Market Value | Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B6SMT78 Dividend Option Cash Capital Gain Option Cash | GM CASH | 3,111 | $25.50 | $79,330.50 | $70,775.25 | | | |
| MOTORS LIQ CO GUC TR UNIT BEN INT | MTLQU CASH | 782 | $19.95 | $15,600.90 | $21,537.60 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,646 | $16.45 | $76,426.70 | $64,021.88 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2693R1273 | Y2693R1Z7 CASH | 50 | unavailable | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 6,146 | $10.25 | $62,996.50 | $46,635.96 | | | |
| **Total Equity** | | | | $234,354.60 | $39,807.85 | | | |
| **Total Equities** | | | | $234,354.60 | $39,807.85 | | | |

## HOLDINGS > FIXED INCOME - 52.90% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

**Accrued Interest –** Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 10/31/12 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|---|

**Asset Backed Securities**

Zions Direct, Inc.

MAI - CFRBCDXRBCWRRT_RRRRR 20121031

Account carried with National Financial Services LLC, Member
NYSE, SIPC

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,   UT 84133

A711010773
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

**ZIONS DIRECT** | INVESTMENT CENTER

Account:                NZD-022217
Confirm Date:           11/04/2013

Investment Rep Name:
        INVESTMENT CENTER
For Questions Call:   (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

**YOU SOLD**

| Symbol<br>GMWSB | Ref #<br>13308-AC8ZVN | Qty<br>2,000 | Price<br>20.20 | Cusip<br>37045V126 | Trade Date: 11-04-13 | Type<br>1* | Reg Rep<br>X80 02D | Settlement Date: 11-07-13 |
|---|---|---|---|---|---|---|---|---|

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

Principal Amount            40,400.00
Commission                      34.95
Activity Assessment Fee           .71
Settlement Amount          40,364.34

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

Account: NZD-022217



**ZIONS DIRECT**
INVESTMENT CENTER

Statement for the Period November 1, 2013 to November 30, 2013

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 11/21/13 | CASH | YOU BOUGHT | VULCAN MATLS CO SR NT 7.15000% 11/30/2037 @ 98.737 Adjusted Cost Basis | 16,000 | ($16,376.27) | $15,832.87 $0.00  D | $15,117.22 |
| **Total Securities Purchased** | | | | | ($16,376.27) | | |
| **Securities Sold** | | | | | | | |
| 11/07/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 Don Marro @ 20.20 LT Gain $2,619.37 ST Gain $12,497.85 | (2,000) | $40,384.34 | $25,247.12 | $15,117.22 |
| 11/07/13 | CASH | YOU SOLD | GENERAL MOTORS CO PFD Don Marro @ 52 ST Gain $5,913.80 | (1,000) | $51,964.14 | $46,050.34 | $5,913.80 |
| 11/21/13 | CASH | YOU SOLD | GENERAL MOTORS CO PFD @ 53.15 ST Gain $7,429.05 | (2,000) | $106,263.20 | $98,834.15 | $7,429.05 |
| **Total Securities Sold** | | | | | $198,591.68 | | |
| **Redemptions** | | | | | | | |
| 11/29/13 | CASH | REDEEMED | FIRST DATA CORP SR SB NT 11.25000% 03/31/2016 PARTIAL CALL PAYOUT #REOR R0041886/70000 LT Gain $1,205.41 ST Loss $31.88 Adjusted Cost Basis | (23,000) | $23,000.00 | $20,810.42 | $1,173.53 |
| **Total Redemptions** | | | | | | $21,826.47  D | $1,173.53 |



**ZIONS** DIRECT | INVESTMENT CENTER

Statement for the Period November 1, 2013 to November 30, 2013

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 11/30/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKVSA CASH | 41 | $10.50 | $430.50 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 3,000 | $21.18 | $63,540.00 | | $46,969.41 | $16,570.59 |
| **Total Equity** | | | | **$67,583.04** | | **$46,969.41** | **$16,570.59** |
| **Total Equities** | | | | **$67,583.04** | | **$46,969.41** | **$16,570.59** |

## HOLDINGS > FIXED INCOME - 33.46% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. "Ratings" information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 11/30/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30.000 | unavailable | unavailable | | | |
| **Corporate Bonds** | | | | | | | |

**ZIONS** DIRECT | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY, UT 84133

01011320
A71001132O
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

Account:                     NZD-022217
Confirm Date:                07/14/2014

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:          (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

| YOU SOLD | | | | | Trade Date: 07-14-14 | | Settlement Date: 07-17-14 |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | | Type | Reg Rep |
| GMWSB | 14195-0B36ZJ | 36 | 20.04 | 37045V126 | | 1' | X21 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER don marrow

Principal Amount          721.44
Commission                 34.95
Activity Assessment Fee      .02
Settlement Amount         686.47

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3

A71001132O

Account: NZD-022217

A710011320

NFG930N/CA1951D1 011320 0001/0002 00

Account: NZD-022217

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-14-14 | Type | Reg Rep | Settlement Date: 07-17-14 |
|--------|-------|-----|-------|-------|------|------|------|------|
| GMWSB | 14195-0B362V | 200 | 20.03 | 37045V126 | | 1* | X21 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER don marrow

Principal Amount 4,006.00
Activity Assessment Fee .09
Settlement Amount 4,005.91

**YOU SOLD**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-14-14 | Type | Reg Rep | Settlement Date: 07-17-14 |
|--------|-------|-----|-------|-------|------|------|------|------|
| GMWSB | 14195-0B360B | 764 | 20.01 | 37045V126 | | 1* | X21 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER don marrow

Principal Amount 15,287.64
Activity Assessment Fee .34
Settlement Amount 15,287.30

# ZIONS DIRECT
INVESTMENT CENTER

Statement for the Period July 1, 2014 to July 31, 2014

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 07/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,839,000 | | $461,160.00 | $35,930.50 | $453,805.96 | $7,354.04 |
| Total Fixed Income | | 1,839,000 | | $461,160.00 | $35,930.50 | $453,805.96 | $7,354.04 |
| Total Securities | | | | $518,955.96 | $40,204.90 | $511,865.17 | $3,561.57 |

## TOTAL PORTFOLIO VALUE

| | | | | $838,860.25 | $40,204.90 | $511,865.17 | $3,561.57 |
|---|---|---|---|---|---|---|---|

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Sold** | | | | | | | |
| 07/17/14 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 com narrow @ 20.04 ST Gain $65.36 | (36) | $686.47 | $620.51 | $65.36 |
| 07/17/14 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 com narrow @ 20.03 ST Gain $558.61 | (200) | $4,005.91 | $3,447.30 | $558.61 |
| 07/17/14 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2019 com narrow @ 20.01 ST Gain $2,200.23 | (764) | $15,287.30 | $13,087.07 | $2,200.23 |
| **Total Securities Sold** | | | | | $19,979.68 | | |

Account carried with National Financial Services LLC, Member NYSE, SIPC



Statement for the Period July 1, 2014 to July 31, 2014
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS DIRECT** | INVESTMENT CENTER

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 07/31/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1000 SEDOL #B5M778 | GM CASH | 3,562 | $33.82 | $120,466.84 | $4,274.40 | $124,139.31 | ($3,672.47) |
| Estimated Yield 3.54% | | | | | | | |
| Dividend Option Cash | | | | | | | |
| Capital Gain Option Cash | | | | | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MH/29939T273 | Y28939T127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODK.WS CASH | 41 | $8.13 | $333.33 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODK/WSA CASH | 41 | $7.47 | $306.27 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GM.WSB CASH | 2,000 | $16.90 | $33,800.00 | | $33,919.90 | ($119.90) |
| **Total Equity** | | | | **$157,895.96** | **$4,274.40** | **$158,059.21** | **($3,792.37)** |
| **Total Equities** | | | | **$157,895.96** | **$4,274.40** | **$158,059.21** | **($3,792.37)** |

## HOLDINGS > FIXED INCOME - 72.18% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. "Ratings" information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or opportunity costs) in connection with any use of ratings."

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 07/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| HAWKER BEECHCRAFT CONTRA 09.75000% 04/01/2017 CPN PMT SEMI-ANNUAL DN AUG 04, FEB 04 | 420ESDAH8 CASH | 44.000 | unavailable | unavailable | unavailable | | |

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**ZIONS** DIRECT | INVESTMENT CENTER

Statement for the Period February 1, 2014 to February 28, 2014

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 02/06/14 | CASH | YOU BOUGHT | VULCAN MATLS CO SR NT 7.15000% 11/30/2037 @ 100 Adjusted Cost Basis | 11,000 | ($11,179.14) | $11,034.95 $0.00 | D |
| 02/13/14 | CASH | YOU BOUGHT | CAESARS ENTMT OPER CO INC 8.50000% 02/15/2020 GTD SR NT @ 94.489 Adjusted Cost Basis | 15,000 | ($14,838.72) | $14,208.30 $0.00 | D |
| **Total Securities Purchased** | | | | | ($26,017.86) | | |
| **Securities Sold** | | | | | | | |
| 02/10/14 | CASH | TENDERED | GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #3SSMT78 TEX PAYOUT 37045V126 #IEDR V003096001021 | 1,552 | $0.00 | | |
| 02/10/14 | CASH | TENDERED | GENERAL MTRS CO W TS EXP 07/10/2019 (CASHLESS EXERCISE) RDM CU3P4370 45V126 TEX PAYOUT 37045V126 #IEDR V003096001021 0 | (3,000) | $0.00 | | |
| **Total Securities Sold** | | | | | $0.00 | | |

*Cashless exchange of warrants for securities*

*Purchase*

*Sale*

*Tendered*

Zions Direct, Inc.
MN .CEBBGHGPBBCLJBN_BBBBB 20140228

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Page 11 of 16

Statement for the Period February 1, 2014 to February 28, 2014
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS DIRECT** INVESTMENT CENTER

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #6S9M778<br>Estimated Yield 3.31%<br>Dividend Option Cash<br>Capital Gain Option Cash<br>Next Dividend Payable 03/28/14 | GM CASH | 3,582 | $36.20 | $128,944.40 | $4,274.40 | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #N/Y2689R1273 | Y2689R127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODKWS CASH | 41 | $14.49 | $594.09 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKWSA CASH | 41 | $13.49 | $553.09 | | | |
| **Total Equity** | | | | **$133,628.04** | **$4,274.40** | | |
| **Total Equities** | | | | **$133,628.04** | **$4,274.40** | | |

## HOLDINGS > FIXED INCOME - 63.05% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. "Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings."

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/28/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

**ZIONS** DIRECT | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY, UT 84133

A711010682
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

**TRADE CONFIRMATION SUMMARY REPORT**

| | | |
|---|---|---|
| Account: | | NZD-022217 |
| Notice Date: | | 01/04/2013 |

Investment Rep Name:
INVESTMENT CENTER
For Questions Call: (800) 524-8875

**YOU BOUGHT**

Trade Date: **01-04-13**    Settlement Date: **01-09-13**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|
| GMWSB | 13004-OCJ98C | 500 | 13.2148 | 3704SV126 | 1* | X27 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.  UNSOLICITED ORDER Don Marro

| | |
|---|---|
| Principal Amount | 6,607.40 |
| Commission | 34.95 |
| Settlement Amount | 6,642.35 |

**YOU SOLD**

Trade Date: **01-04-13**    Settlement Date: **01-08-13**

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|
| MTLQU | 13004-OCJ2CD | 782 | 22.30 | 62010U101 | 1* | X27 0ZD | |

SECURITY DESCRIPTION
MOTORS LIQ CO GUC TR UNIT BEN INT
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
UNSOLICITED ORDER Don Marro

| | |
|---|---|
| Principal Amount | 17,438.60 |
| Commission | 34.95 |
| Activity Assessment Fee | .40 |
| Settlement Amount | 17,403.25 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC.  ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

**ZIONS** DIRECT | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,   UT 84133

A711010709
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 2019B

**Account:** NZD-022217
**Notice Date:** 01/11/2013

**Investment Rep Name:** INVESTMENT CENTER
**For Questions Call:** (800) 524-8875

### TRADE CONFIRMATION SUMMARY REPORT

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 01-11-13 | | Settlement Date: 01-16-13 | |
|--------|-------|-----|-------|-------|------|---------|---------|------|
| | | | | | Type | Reg Rep | Reg Rep | Orig |
| GMWSB | 13011-0B63QS | 650 | 13.72 | 37045V126 | 1* | | X99 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.  UNSOLICITED ORDER Donald

| | |
|---|---|
| Principal Amount | 8,918.00 |
| Commission | 34.95 |
| Settlement Amount | 8,952.95 |

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 01-11-13 | | Settlement Date: 01-16-13 | |
|--------|-------|-----|-------|-------|------|---------|---------|------|
| | | | | | Type | Reg Rep | Reg Rep | Orig |
| GMWSB | 13011-0B63RF | 100 | 13.69 | 37045V126 | 1* | | X99 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT.  UNSOLICITED ORDER Donald

| | |
|---|---|
| Principal Amount | 1,369.00 |
| Settlement Amount | 1,369.00 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.  PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.



# ZIONS DIRECT | INVESTMENT CENTER

Statement for the Period January 1, 2013 to January 31, 2013

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS › FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 01/31/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | | | $298,818.40 | $24,641.25 | $212,778.45 | ($21,191.55) |
| Total Fixed Income | | 1,675,000 | | $298,818.40 | $24,641.25 | $212,778.45 | ($21,191.55) |
| Total Securities | | | | $552,805.06 | $24,641.25 | $212,778.45 | ($21,191.55) |
| **TOTAL PORTFOLIO VALUE** | | | | **$562,965.37** | **$24,841.25** | **$212,778.45** | **($21,191.55)** |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis information at the end of this statement for more information.

### TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 01/09/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Don Marro @ 13.2148 | 500 | ($6,642.35) | $6,642.35 | |
| 01/16/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 13.69 | 100 | ($1,369.00) | $1,369.00 | |
| 01/16/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 13.72 | 650 | ($8,952.95) | $8,952.95 | |

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC.

MN _CEBBDCJKBBCLDFG_BBBBB 20130131



ZIONS DIRECT | INVESTMENT CENTER

**Statement for the Period January 1, 2013 to January 31, 2013**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,046 | $18.84 | $76,226.64 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 7,396 | $12.192 | $90,172.03 | | | |
| **Total Equity** | | | | **$253,786.86** | | | |
| **Total Equities** | | | | **$253,786.86** | | | |

## HOLDINGS > FIXED INCOME - 53.08% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 01/31/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30,000 | unavailable | unavailable | | | |
| **Corporate Bonds** | | | | | | | |

Zions Direct, Inc.

MN _CEBBDCJKBBCLDFG_BBBBB 20130131

Account carried with National Financial Services LLC, Member
NYSE, SIPC

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,                UT 84133

**ZIONS** DIRECT | INVESTMENT CENTER

A711017729
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

Account:                          NZD-022217
Confirm Date:                     02/19/2013

Investment Rep Name:
INVESTMENT CENTER
For Questions Call: (800) 524-8875

**TRADE CONFIRMATION SUMMARY REPORT**

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: | Settlement Date: |
|--------|-------|-----|-------|-------|-------------|------------------|
| GMWSB | 13050-0CXDKB | 500 | 11.6434 | 3704 51120 | 02-19-13 | 02-22-13 |

| | | | | | Type | Reg Rep | Org |
| | | | | | 1* | X99 02D | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Donald

Principal Amount                  5,821.70
Commission                           34.95
Settlement Amount                 5,856.65

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: | Settlement Date: |
|--------|-------|-----|-------|-------|-------------|------------------|
| GMPRB | 13050-0CWVLP | 100 | 42.58 | 3704 57 209 | 02-19-13 | 02-22-13 |

| | | | | | Type | Reg Rep | Org |
| | | | | | 1* | X99 02D | |

SECURITY DESCRIPTION
GENERAL MOTORS CO PFD
WE HAVE ACTED AS AGENT. CALLABLE
ADDITIONAL INFORMATION AVAILABLE UPON REQUEST UNSOLICITED ORDER
Donald

Principal Amount                  4,258.00
Commission                           34.95
Settlement Amount                 4,292.95

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

Account: NZD-022217

Statement for the Period February 1, 2013 to February 28, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



ZIONS DIRECT
INVESTMENT CENTER

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 02/22/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 11.6434 | 500 | ($5,856.65) | $5,856.65 | |
| 02/22/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Donald @ 42.57 | 100 | ($4,257.00) | $4,257.00 | |
| 02/22/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Donald @ 42.58 | 100 | ($4,292.95) | $4,292.95 | |
| 02/22/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Donald @ 42.5701 | 300 | ($12,771.03) | $12,771.03 | |
| 02/22/13 | CASH | YOU BOUGHT | US STEEL CORP NT 6.650%, 06/01/2037 MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30 @ 91.75 Adjusted Cost Basis | 10,000 | ($9,359.58) | $9,209.95 | D |
| **Total Securities Purchased** | | | | | ($36,537.21) | $0.00 | |
| **Securities Sold** | | | | | | | |
| 02/22/13 | CASH | YOU SOLD | AMR CORP DEL DEB 10.20000%, 03/15/2021 SOLICITED ORDER @ 109.05 LT Gain $4,734.49 Adjusted Cost Basis | (30,000) | $32,680.05 | $27,461.90 | D |
| | | | | | | $27,945.56 | $4,734.49 |

Zions Direct, Inc.
MN _CEBBDGLPBBC[GBB_BBBBB 20130228

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Statement for the Period February 1, 2013 to February 28, 2013**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS** DIRECT | INVESTMENT CENTER

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO PFD Estimated Yield 5.88% Next Dividend Payable: 03/01/13 | GMPRB CASH | 500 | $41.77 | $20,885.00 | $1,187.50 | $21,320.98 | ($435.98) |
| GENERAL MTRS CO WTS EXP 07/10/2016 | GMWSA CASH | 4,046 | $17.96 | $72,666.16 | | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 7,896 | $11.30 | $89,224.80 | | | |
| **Total Equity** | | | | **$237,075.96** | **$1,187.50** | **$21,320.98** | **($435.98)** |
| **Total Equities** | | | | **$237,075.96** | **$1,187.50** | **$21,320.98** | **($435.98)** |

## HOLDINGS > FIXED INCOME - 49.26% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

**Corporate Bonds**

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 02/28/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30,000 | unavailable | unavailable | | | |

Zions Direct, Inc.
MN   _CEBBDGLPBBC|GBB_BBBBB 20130228

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**ZIONS DIRECT** | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY, UT 84133

A711013233
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

**TRADE CONFIRMATION SUMMARY REPORT**

Account:          NZD-022217
Confirm Date:     04/01/2013

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:  (800) 524-8875

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|--------|-------|-----|-------|-------|------|---------|------|
| GMWSB | 13091-0CK0SD | 1,000 | 11.9325 | 37045V126 | 1 | X99 0ZD | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Donald

Trade Date: 04-01-13      Settlement Date: 04-04-13

| | |
|---|---|
| Principal Amount | 11,932.50 |
| Commission | 34.95 |
| Settlement Amount | 11,967.45 |

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Orig |
|--------|-------|-----|-------|-------|------|---------|------|
| GMPRB | 13091-0DLCWM | 1,000 | 43.156 | 37045V209 | 1 | X99 0ZD | |

SECURITY DESCRIPTION
GENERAL MOTORS CO PFD
WE HAVE ACTED AS AGENT. CALLABLE
ADDITIONAL INFORMATION AVAILABLE UPON REQUEST UNSOLICITED ORDER
Donald

Trade Date: 04-01-13      Settlement Date: 04-04-13

| | |
|---|---|
| Principal Amount | 43,156.00 |
| Commission | 34.95 |
| Settlement Amount | 43,190.95 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

Account: NZD-022217

**ZIONS** DIRECT | INVESTMENT CENTER

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

# Activity

## TRADING

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 04/04/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 11.9325 | 1,000 | ($11,967.45) | $11,967.45 | |
| 04/04/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD Donald @ 43.156 | 1,000 | ($43,190.95) | $43,190.95 | |
| 04/04/13 | CASH | YOU BOUGHT | US STEEL CORP NT 6.650% 06/01/2037 MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30 @ 92.76 Adjusted Cost Basis | 5,000 | ($4,786.05) | $4,672.45 | $0.00  0 |
| **Total Securities Purchased** | | | | | ($59,944.45) | | |
| **Securities Sold** | | | | | | | |
| 04/04/13 | CASH | YOU SOLD | GENERAL MTRS CO WTS EXP 07/10/2016 @ 18.84 | (4,046) | $75,380.80 | $1,559.28 | |
| **Total Securities Sold** | | | | | $75,380.80 | | |
| **Redemptions** | | | | | | | |
| 04/16/13 | CASH | REDEEMED | REALOGY CORP SR SUB 12.375000% 04/15/2015 FULL CALL PAYOUT #REOR R0039169660000 Adjusted Cost Basis | (45,000) | $45,000.00 | $0.00  0 | |

**Zions Direct, Inc.**

MN   CEBBDNXHBBCKHDR_BBBBB_20130430



Account carried with National Financial Services LLC. Member NYSE, SIPC



**ZIONS DIRECT** | INVESTMENT CENTER

Statement for the Period April 1, 2013 to April 30, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES *continued*

| Description | Symbol/Cusip Account Type | Quantity | Price on 04/30/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO PFD Estimated Yield 5.11% Next Dividend Payable 06/03/13 | GMPRB CASH | 2,000 | $46.48 | $92,960.00 | $4,750.00 | $86,306.08 | $6,653.92 |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 8,896 | $14.09 | $125,344.64 | | | |
| **Total Equity** | | | | **$279,984.64** | | | |
| **Total Equities** | | | | **$279,984.64** | **$4,750.00** | **$86,306.08** | **$6,653.92** |

## HOLDINGS > FIXED INCOME - 40.23% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 04/30/13 | Estimated Current Market Value | Estimated Current Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

### Asset Backed Securities

| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00198ANN4 CASH | 30,000 | unavailable | unavailable | | | |

### Corporate Bonds

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 05-30-13 | Settlement Date: 06-04-13 |
|---|---|---|---|---|---|---|
| | 13150-0B907H | 10,000 | 101.48 | 31996AV6 | Type: 1* | Reg Rep: X99 0ZD |

| | |
|---|---|
| Principal Amount | 10,148.00 |
| Interest | 200.00 |
| Commission | 34.95 |
| Settlement Amount | 10,382.95 |

SECURITY DESCRIPTION
FIRST DATA CORP SR SB NT
WE HAVE ACTED AS AGENT.
COUPON 11.25000% MATURITY DATE 03/31/2016
CALLABLE NEXT CALL 06/29/13 @ 102.813
CURRENT YIELD 11.085
YIELD TO MATURITY 10.470%
YIELD TO CALL 5.367% TO 09/30/13 @ 100.000
CONTINUOUSLY CALLABLE FROM 09/30/11
MOODY'S CAA2   STANDARD & POOR'S CCC+
INTEREST PAID SEMI-ANNUALLY
ADDITIONAL CALL FEATURES MAY EXIST THAT COULD AFFECT YIELD;
COMPLETE INFORMATION WILL BE PROVIDED UPON REQUEST
UNSOLICITED ORDER

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 05-30-13 | Settlement Date: 06-04-13 |
|---|---|---|---|---|---|---|
| GMWSB | 13150-0B7QKN | 11 | 17.02 | 3704.5V126 | Type: 1* | Reg Rep: X99 0ZD |

| | |
|---|---|
| Principal Amount | 187.22 |
| Commission | 34.95 |
| Settlement Amount | 222.17 |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Donald

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Type: 1* | Reg Rep: X99 0ZD | Settlement Date: 06-04-13 |
|---|---|---|---|---|---|---|---|
| GMWSB | 13150-0B7QLM | 189 | 17 | 3704.5V126 | | | |

| | |
|---|---|
| Principal Amount | 3,213.00 |
| Settlement Amount | 3,213.00 |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Donald

## YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 05-30-13 | Type | Reg Rep | Settlement Date: 06-04-13 |
|--------|-------|-----|-------|-------|----------------------|------|---------|---------------------------|
| GMWSB | 13150-0B7QWW | 800 | 17.0398 | 37045V126 | | 1* | X99 0ZD | Orig |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Donald

Principal Amount                                    13,631.84
Settlement Amount                                   13,631.84

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 05-30-13 | Type | Reg Rep | Settlement Date: 06-04-13 |
|--------|-------|-----|-------|-------|----------------------|------|---------|---------------------------|
| GMPRB | 13150-0B89CP | 500 | 49.02 | 37045V209 | | 1* | X99 0ZD | Orig |

SECURITY DESCRIPTION
GENERAL MOTORS CO PFD
WE HAVE ACTED AS AGENT. CALLABLE
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
ADDITIONAL INFORMATION AVAILABLE UPON REQUEST UNSOLICITED ORDER
Donald

Principal Amount                                    24,510.00
Commission                                              34.95
Activity Assessment Fee                                  .43
Settlement Amount                                   24,474.62

Statement for the Period June 1, 2013 to June 30, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



ZIONS DIRECT | INVESTMENT CENTER

## HOLDINGS > FIXED INCOME continued

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/2013 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,559,000 | | $209,857.60 | $18,413.00 | $197,855.71 | ($23,373.11) |
| Total Fixed Income | | 1,559,000 | | $209,857.60 | $18,413.00 | $197,855.71 | ($23,373.11) |
| Total Securities | | | | $510,517.20 | $21,975.50 | $262,840.81 | ($16,118.21) |
| TOTAL PORTFOLIO VALUE | | | | $585,583.81 | $21,975.50 | $262,840.81 | ($16,118.21) |

## Activity

### TRADING

NFS provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 06/04/13 | CASH | YOU BOUGHT | ALBERTSONS INC SR DEB 8.700% 05/01/2030 MAKE WHOLE @ 89<br>Adjusted Cost Basis | 10.000 | ($9,014.70) | $8,934.95<br>$0.00 D | |
| 06/04/13 | CASH | YOU BOUGHT | FIRST DATA CORP SR SB NT 11.2500% 03/31/2016 @ 101.48<br>Adjusted Cost Basis | 10.000 | ($10,382.95) | $10,182.95<br>$0.00 D | |
| 06/04/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 17.02 | 11 | ($222.17) | $222.17 | |

Statement for the Period June 1, 2013 to June 30, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

ZIONS DIRECT | INVESTMENT CENTER

## TRADING continued

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 06/04/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 Donald @ 17 | 189 | ($3,213.00) | $3,213.00 | |

**Total Securities Purchased**

| | | | | | ($36,464.66) | | |

### Securities Sold

| 06/04/13 | CASH | YOU SOLD | GENERAL MOTORS CO PFD Donald @ 49.02 ST Gain $3,153.64 | (500) | $24,474.62 | $21,320.98 | $3,153.64 |

**Total Securities Sold**

| | | | | | $24,474.62 | | |

### Redemptions

| 06/14/13 | CASH | REDEEMED | FIRST DATA CORP SR SB NT 11.2500% 03/31/2016 PARTIAL CALL PAYOUT #REOR R00389022490000 LT Gain $477.56 Adjusted Cost Basis | (10,000) | $10,281.30 | $9,673.97 | $9,803.74  D |
| | | | | | | | $477.56 |

**Total Redemptions**

| | | | | | $10,281.30 | | |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 06/03/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 2,405.63 | ($2,405.63) |
| 06/04/13 | CASH | YOU BOUGHT | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | (24,490.04) | $24,490.04 |
| 06/14/13 | CASH | YOU SOLD | BANK DEPOSIT SWEEP PRGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | 10,512.55 | ($10,512.55) |

Account carried with National Financial Services LLC, Member NYSE, SIPC

Zions Direct, Inc.

MN _CEBBDWFXBBCQXWN_BBBBB 20130628



# ZIONS DIRECT | INVESTMENT CENTER

**Statement for the Period June 1, 2013 to June 30, 2013**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| GENERAL MRTS CO WTS EXP 07/10/2019 | GMNWSB CASH | 9,896 | $16.35 | $161,799.60 | | $84,985.10 | $7,254.90 |
| **Total Equity** | | | | **$300,659.60** | **$3,562.50** | **$84,985.10** | **$7,254.90** |
| **Total Equities** | | | | **$300,659.60** | **$3,562.50** | **$84,985.10** | **$7,254.90** |

## HOLDINGS > FIXED INCOME - 35.84% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/30/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30.000 | unavailable | unavailable | | | |
| **Corporate Bonds** | | | | | | | |
| FIRST DATA CORP SR SR NT 11.25000% 03/31/2016 MOODY'S CAA2 /S&P CCC+ CPN PMT SEMI-ANNUAL ON SEP 30, MAR 30 Next Interest Payable: 09/30/13 PARTIAL CALL ON 06/14/2013 @ 102.813 CONTINUOUSLY CALLABLE FROM 09/30/2011 CALLABLE ON 07/28/2013 @ 102.8130 Accrued Interest $137.50 Adjusted Cost Basis $13.15 YTD Amortized Premium | 319963AV6 CASH | 40.000 | $97.75 | $39,100.00 | $4,500.00 | $38,080.83 | $1,032.42 |
| Adjusted Cost Basis | | | | | | $38,067.58 D | |



Zions Direct, Inc.
Account carried with National Financial Services LLC, Member NYSE, SIPC

# ZIONS DIRECT | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,   UT 84133

A711011011200
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

## TRADE CONFIRMATION SUMMARY REPORT

Account:                NZD-022217
Confirm Date:           10/15/2013

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:  (800) 524-8875

### YOU BOUGHT

| Symbol | Ref # | Qty. | Price | Cusip | Trade Date: 10-15-13 | | Settlement Date: 10-18-13 | |
|--------|-------|------|-------|-------|----------------------|---|---------------------------|---|
| GMWSB | 13288-0CJTJQ | 1,000 | 17.90 | 37045V126 | Type 1* | Reg Rep X44 0ZD | | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don marrow

|  |  |
|--|--|
| Principal Amount | 17,900.00 |
| Commission | 34.95 |
| Settlement Amount | 17,934.95 |

### YOU BOUGHT

| Symbol | Ref # | Qty. | Price | Cusip | Trade Date: 10-15-13 | | Settlement Date: 10-18-13 | |
|--------|-------|------|-------|-------|----------------------|---|---------------------------|---|
| GMPRB | 13288-0DJWHL | 1,000 | 49.95 | 37045Y209 | Type 1* | Reg Rep X44 0ZD | | |

SECURITY DESCRIPTION
GENERAL MOTORS CO PFD
WE HAVE ACTED AS AGENT. CALLABLE
ADDITIONAL INFORMATION AVAILABLE UPON REQUEST UNSOLICITED ORDER
don marro

|  |  |
|--|--|
| Principal Amount | 49,950.00 |
| Commission | 34.95 |
| Settlement Amount | 49,984.95 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 3    A711011011200

Account: NZD-022217

Statement for the Period October 1, 2013 to October 31, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

# ZIONS DIRECT | INVESTMENT CENTER



## HOLDINGS *continued*

| | Quantity | Price on 10/31/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|
| **TOTAL PORTFOLIO VALUE** | | | $323,682.73 | $23,892.50 | $392,587.35 | $18,783.65 |

# Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

## TRADING

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 10/18/13 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 com narrow @ 17.90 | 1,000 | ($17,934.95) | $17,934.95 | |
| 10/18/13 | CASH | YOU BOUGHT | GENERAL MOTORS CO PFD @ 49.95 | 1,000 | ($49,984.95) | $49,984.95 | |
| 10/18/13 | CASH | YOU BOUGHT | VULCAN MATLS CO SR NT 7.15000% 11/30/2037 @ 99.375 Adjusted Cost Basis | 13,000 | ($13,310.01) | $12,863.70 | $0.00  D |
| **Total Securities Purchased** | | | | | ($81,229.91) | | |

## ACTIVITY > CORE FUND ACTIVITY

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/18/13 | CASH | YOU SOLD | BANK DEPOSIT SWEEP PROGRAM FDIC ELIGIBLE NOT COVERED BY SIPC @ 1 | (100,000) | $100,000.00 |

Zions Direct, Inc.
MN _CEBBFCBRBBCNRMZ_BBBBB 20131031

Account carried with National Financial Services LLC, Member
NYSE, SIPC

Statement for the Period October 1, 2013 to October 31, 2013
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

**ZIONS DIRECT** | INVESTMENT CENTER

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/13 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | EKORW CASH | 41 | $9.61 | $394.01 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | EKODW CASH | 41 | $8.61 | $353.01 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 5,000 | $19.65 | $98,250.00 | | $72,216.53 | $26,033.47 |
| **Total Equity** | | | | $256,025.02 | | $217,101.02 | |
| **Total Equities** | | | | $256,025.02 | $7,125.00 | $217,101.02 | $35,108.98 |

## HOLDINGS > FIXED INCOME - 35.70% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Asset Backed Securities

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 10/31/13 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| AES EASTERN 9% ESCROW 09.00000% 01/02/2017 CPN PMT SEMI-ANNUAL ON JAN 02, JUL 02 | 00199ANN4 CASH | 30,000 | unavailable | unavailable | | | |

### Corporate Bonds

**ZIONS DIRECT**
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,   UT 84133

01013065
A710013065
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

## ZIONS DIRECT | INVESTMENT CENTER

**TRADE CONFIRMATION SUMMARY REPORT**

| Account: | NZD-022217 |
| Confirm Date: | 03/12/2014 |

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:   (800) 524-8875

### YOU BOUGHT

Trade Date: 03-12-14     Settlement Date: 03-17-14

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| GMWSB | 14071-0C3LMS | 300 | 17.12 | 37045V126 | 1* | X07 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don

| Principal Amount | 5,136.00 |
| Commission | 34.95 |
| Settlement Amount | 5,170.95 |

### YOU BOUGHT

Trade Date: 03-12-14     Settlement Date: 03-17-14

| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| GMWSB | 14071-0C3LNB | 700 | 17.1199 | 37045V126 | 1* | X07 0ZD |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER don

| Principal Amount | 11,983.93 |
| Settlement Amount | 11,983.93 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE 1 OF 2      A710013065      Account: NZD-022217

**ZIONS** DIRECT | INVESTMENT CENTER

ZIONS DIRECT
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY, UT 84133

0101266

A710012956
DONALD C MARRO
LILLIAN S CLANCY
5318 BUST HEAD RD
THE PLAINS VA 20198

Account:
Confirm Date:

NZD-022217
02/28/2014

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:   (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

### YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 03-26-14 | | Settlement Date: 03-31-14 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Reg/Rep | | |
| GMWSB | 14085-00R3TT | 1,000 | 17.45 | 37045V126 | 1* | X99 0ZD | | |

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER

| | | |
|---|---|---|
| Principal Amount | | 17,450.00 |
| Commission | | 34.95 |
| Settlement Amount | | 17,484.95 |

### YOU BOUGHT

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 03-26-14 | | Settlement Date: 03-31-14 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Type | Reg/Rep | | |
| | 14085-0B9VGV | 10,000 | 86.10 | 91290AD0 | 1* | X99 0ZD | | |

SECURITY DESCRIPTION
US STEEL CORP NT MAKE WHOLE ISIN #US912909AD03 SEDOL #B1XKC30
WE HAVE ACTED AS AGENT.
COUPON 6.65000% MATURITY DATE 06/01/2037 CALLABLE
CURRENT YIELD 7.723 YIELD TO MATURITY 7.936%

| | | |
|---|---|---|
| Principal Amount | | 8,610.00 |
| Interest | | 221.67 |
| Commission | | 34.95 |
| Settlement Amount | | 8,866.62 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC.  ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC.  PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.

A710012956

Account: NZD-022217

Statement for the Period March 1, 2014 to March 31, 2014
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

**ZIONS DIRECT** | INVESTMENT CENTER



## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/14 | Estimated Current Market Value | Total Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,794,000 | | $423,311.50 | $33,825.50 | $386,572.56 | $6,551.44 |
| Total Fixed Income | | 1,794,000 | | $423,311.50 | $33,825.50 | $386,572.56 | $6,551.44 |
| Total Securities | | | | $586,121.58 | $38,099.90 | $421,212.39 | $8,731.61 |
| TOTAL PORTFOLIO VALUE | | | | $624,325.63 | $38,099.90 | $421,212.39 | $8,731.61 |

## Activity

### TRADING

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| **Securities Purchased** | | | | | | | |
| 03/11/14 | CASH | YOU BOUGHT | ARCH COAL INC SR NT 7.25000% 08/15/2021 @ 80 Adjusted Cost Basis | 25,000 | ($20,467.94) | $20,034.95 $0.00  D | |
| 03/17/14 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 don @ 17.12 | 300 | ($5,170.95) | $5,170.95 | |
| 03/17/14 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 don @ 17.1199 | 700 | ($11,983.93) | $11,983.93 | |
| 03/31/14 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 @ 17.45 | 1,000 | ($17,484.95) | $17,484.95 | |

**Statement for the Period March 1, 2014 to March 31, 2014**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



ZIONS DIRECT | INVESTMENT CENTER

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 03/31/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 Estimated Yield 3.48% Dividend Option Cash Capital Gain Option Cash | GM CASH | 3,562 | $34.42 | $122,604.04 | $4,274.40 | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2693R1273 | Y2693R127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODKWS CASH | 41 | $18.20 | $746.20 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKWSA CASH | 41 | $17.04 | $698.64 | | $34,639.83 | $180.17 |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 2,000 | $17.41 | $34,820.00 | | $34,639.83 | $180.17 |
| **Total Equity** | | | | **$162,810.08** | **$4,274.40** | | |
| **Total Equities** | | | | **$162,810.08** | **$4,274.40** | **$34,639.83** | **$180.17** |

## HOLDINGS > FIXED INCOME - 67.80% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. "Ratings information from Standard & Poor's ("S&P") may not be reproduced S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise), S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings."

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

## Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 03/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

**ZIONS DIRECT**
ONE SOUTH MAIN, 17TH FLOOR
SALT LAKE CITY,   UT 84133

# ZIONS DIRECT | INVESTMENT CENTER

0101398B

A711013988
DONALD C MARRO
LILLIAN S CLANCY
3318 BUST HEAD RD
THE PLAINS VA 20198

| | |
|---|---|
| Account: | NZD-022217 |
| Confirm Date: | 04/10/2014 |

Investment Rep Name:
INVESTMENT CENTER
For Questions Call:   (800) 524-8875

## TRADE CONFIRMATION SUMMARY REPORT

**YOU BOUGHT**

| Symbol | Ref #. | Qty. | Price | Cusip | Type | Reg Rep |
|---|---|---|---|---|---|---|
| GMWSB | 14100-0D20DB | 1,000 | 16.40 | 37045V126 | 1* | X01 0ZD |

Trade Date: 04-10-14     Settlement Date: 04-15-14

SECURITY DESCRIPTION
GENERAL MTRS CO WTS EXP 07/10/2019
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER Don

| | |
|---|---|
| Principal Amount | 16,400.00 |
| Commission | 34.95 |
| Settlement Amount | 16,434.95 |

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL
ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE. MAKE CHECKS
PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE
YOUR ACCOUNT NUMBER ON YOUR CHECK.



# ZIONS DIRECT | INVESTMENT CENTER

**Statement for the Period April 1, 2014 to April 30, 2014**

DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > FIXED INCOME *continued*

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 04/30/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| Total Corporate Bonds | | 1,809,000 | | $442,135.50 | $34,890.50 | $401,141.52 | $10,868.98 |
| **Total Fixed Income** | | 1,809,000 | | $442,135.50 | $34,890.50 | $401,141.52 | $10,868.98 |
| **Total Securities** | | | | $520,984.07 | $39,164.90 | $452,216.30 | $11,084.20 |

## TOTAL PORTFOLIO VALUE

|  |  |
|---|---|
| | $629,109.72 |

## Activity

NFS-provided cost basis, realized gain (loss) and holding period information may not reflect all adjustments necessary for tax purposes. Please refer to Footnotes and Cost Basis Information at the end of this statement for more information.

### TRADING

**Securities Purchased**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Total Cost Basis | Realized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 04/02/14 | CASH | YOU BOUGHT | DELL COMPUTER CORP SR DEB 7.10000% 04/15/2028 @ 96.80 Adjusted Cost Basis | 15,000 | ($15,063.99) | $14,569.95 $0.00 D | |
| 04/15/14 | CASH | YOU BOUGHT | GENERAL MTRS CO WTS EXP 07/10/2019 @ 16.40 | 1,000 | ($16,434.95) | $16,434.95 | |
| **Total Securities Purchased** | | | | | **($31,498.94)** | | |

Zions Direct, Inc.

Account carried with National Financial Services LLC, Member
NYSE, SIPC

**Statement for the Period April 1, 2014 to April 30, 2014**
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217



**ZIONS DIRECT** | INVESTMENT CENTER

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 04/20/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B83MT78 Estimated Yield 3.48% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 06/26/14 | GM CASH | 3,562 | $34.48 | $122,817.76 | $4,274.40 | | |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893H1273 | Y2893H127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODKWS CASH | 41 | $15.65 | $641.65 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKWSA CASH | 41 | $14.50 | $594.50 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 3,000 | $17.09 | $51,270.00 | | $51,074.78 | $195.22 |
| **Total Equity** | | | | **$178,848.57** | **$4,274.40** | **$51,074.78** | **$195.22** |
| **Total Equities** | | | | **$178,848.57** | **$4,274.40** | **$51,074.78** | **$195.22** |

## HOLDINGS > FIXED INCOME - 70.26% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. "Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings."

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 04/30/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|

Account carried with National Financial Services LLC, Member NYSE, SIPC



ZIONS DIRECT | INVESTMENT CENTER

Statement for the Period July 1, 2014 to July 31, 2014
DONALD C MARRO & LILLIAN S CLANCY - Joint By Entirety
Account Number: NZD-022217

## HOLDINGS > EQUITIES continued

| Description | Symbol/Cusip Account Type | Quantity | Price on 07/31/14 | Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CO COM USD0.01 ISIN #US37045V1008 SEDOL #B5BMT78 Estimated Yield 3.54% Dividend Option Cash Capital Gain Option Cash | GM CASH | 3,562 | $33.82 | $120,466.84 | $4,274.40 | $124,139.31 | ($3,672.47) |
| GENERAL MARITIME CORP NEW WTS EXP 05/17/2017 ISIN #MHY2893R1273 | Y2893R127 CASH | 50 | unavailable | unavailable | | | |
| EASTMAN KODAK CO WT EXP 125% WTS EXP 09/03/2018 | KODKWS CASH | 41 | $8.13 | $333.33 | | | |
| EASTMAN KODAK CO WT EXP 135% WTS EXP 09/03/2018 | KODKWSA CASH | 41 | $7.47 | $306.27 | | | |
| GENERAL MTRS CO WTS EXP 07/10/2019 | GMWSB CASH | 2,000 | $16.90 | $33,800.00 | | $33,919.90 | ($119.90) |
| **Total Equity** | | | | **$157,895.96** | **$4,274.40** | **$158,059.21** | **($3,792.37)** |
| **Total Equities** | | | | **$157,895.96** | **$4,274.40** | **$158,059.21** | **($3,792.37)** |

## HOLDINGS > FIXED INCOME - 72.18% of Total Account Value

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment. "Ratings information from Standard & Poor's ("S&P") may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings."

Accrued Interest - Represents interest accumulated since the last coupon date on certain fixed income securities which may not yet have been paid by the issuer or received by NFS. There is no guarantee that the accrued interest will be paid by the issuer.

### Corporate Bonds

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 07/31/14 | Estimated Current Market Value | Estimated Annual Income | Total Cost Basis | Unrealized Gain (Loss) |
|---|---|---|---|---|---|---|---|
| HAWKER BEECHCRAFT CONTRA 09.75000% 04/01/2017 CPN PMT SEMI-ANNUAL ON AUG 04, FEB 04 | 42DESCAH8 CASH | 44,000 | unavailable | unavailable | | | |

Zions Direct, Inc.
MN _CEBBHGCTBBCMQRZ_BBBBB 20140731

Account carried with National Financial Services LLC, Member
NYSE, SIPC

EXHIBIT III


PROOF OF CLAIM

## PART I - CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.

**Claimant Name(s) (as the name(s) should appear on check, if eligible for payment; if the shares are jointly owned, the names of all beneficial owners must be provided):**

DONALD C MARRO

**Name of Person the Claims Administrator Should Contact Regarding this Claim Form (Must Be Provided):**

DONALD C MARRO

**Mailing Address - Line 1: Street Address/P.O. Box:**

3318 BUST HEAD ROAD

**Mailing Address - Line 2 (If Applicable): Apartment/Suite/Floor Number:**


**City:**

THE PLAINS

**State/Province:**        **Zip Code:**        **Country:**

VA        20198        USA

**Last 4 digits of Claimant Social Security/Taxpayer Identification Number:[1]**        0412

**Daytime Telephone Number:**        **Evening Telephone Number:**

540 - 253 - 5309         -    -

**E-mail Address**  (E-mail address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim.):

[1]The last four digits of the taxpayer identification number (TIN), consisting of a valid Social Security Number (SSN) for individuals or Employer Identification Number (EIN) for business entities, trusts, estates, etc., and telephone number of the beneficial owner(s) may be used in verifying this claim.



Donald C. Marro          5    0412

# PART III - SCHEDULE OF TRANSACTIONS IN GM COMMON STOCK (CUSIP 37045V100)

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1.** **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every purchase/acquisition (including free receipts) of GM common stock from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering).  (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed | |
|---|---|---|---|---|---|
| 04/21/11 | 2219 | . | . | ✓ | * |
| 04/21/11 | 2661 | . | . | ✓ | * |
| 07/28/11 | 132 | . | . | ✓ | ** |
| 10/28/11 | 99 | . | . | ✓ | ** |
| / / | | . | . | | |

**2.** **SALES DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every sale/disposition (including free deliveries) of GM common stock from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 05/26/11 | 200 | 31.08 | 6179.93 | ✓ |
| 05/26/11 | 800 | 31.0801 | 24863.60 | ✓ |
| 01/19/12 | 500 | 24.4324 | 12180.01 | ✓ |
| 05/10/12 | 500 | 22.3727 | 11150.14 | ✓ |
| 06/08/12 | 500 | 21.9326 | 10580.11 | ✓ |

**3.** **ENDING HOLDINGS -** State the total number of shares of GM common stock held as of the close of trading on July 24, 2014. (Must be documented.)  If none, write "zero" or "0."

**Confirm Proof of Position Enclosed**

\* Initial distribution from bankruptcy estate
\*\* Subsequent distribution from bankruptcy estate

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX  ✓

DONALD C. MARRO   5   xxxxx0412

# PART III - SCHEDULE OF TRANSACTIONS IN GM COMMON STOCK (CUSIP 37045V100)

Please be sure to include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 6, above. Do not include information regarding securities other than GM common stock (CUSIP 37045V100).

**1.** **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every purchase/acquisition (including free receipts) of GM common stock from November 17, 2010 through and including the close of trading on July 24, 2014 (including purchases in GM's November 17, 2010 initial public offering).  (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions and fees) | Confirm Proof of Purchase/Acquisition Enclosed |
|---|---|---|---|---|
| 08/17/11 | 100 | 25.7064 | 2570.64 | ✓ |
| 08/17/11 | 400 | 25.7089 | 10319.51 | ✓ |
| 01/22/14 | 1000 | 39.00 | 39034.95 | ✓ |
| 01/28/14 | 1000 | 38.10 | 38134.95 | ✓ |
| 02/10/14 | 1562 | 36.20 | 56544.40 | ✓ |

**2.** **SALES DURING THE SETTLEMENT CLASS PERIOD -** Separately list each and every sale/disposition (including free deliveries) of GM common stock from November 17, 2010 through and including the close of trading on July 24, 2014. (Must be documented.)

**IF NONE, CHECK HERE:**

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|
| 02/22/13 | 411 | 27.5733 | 11332.37 | ✓ |
| 02/22/13 | 700 | 27.57 | 19263.61 | ✓ |
| 07/08/13 | 2000 | 34.1226 | 68209.06 | ✓ |
| / | | | | |
| / | | | | |

**3.** **ENDING HOLDINGS -** State the total number of shares of GM common stock held as of the close of trading on July 24, 2014. (Must be documented.)  If none, write "zero" or "0."

3562

**Confirm Proof of Position Enclosed**
✓

IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE. IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX



## PART IV – RELEASE OF CLAIMS AND SIGNATURE (CONTINUED)

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____        3/11/16
Signature of claimant                              Date

Donald C. Marro
Print your name here

_____        _____
Signature of joint claimant, if any             Date

_____
Print your name here

**If the claimant is other than an individual, or is not the person completing this form, the following also must be provided:**

_____        _____
Signature of person signing on behalf of claimant     Date

_____
Print your name here

_____
Capacity of person signing on behalf of claimant, if other than an individual, e.g., executor, president, trustee, custodian, etc. (Must provide evidence of authority to act on behalf of claimant – see paragraph 9 on page 4 of this Claim Form.)

U.S. POSTAGE
THE PLAINS, VA
MAR 14 16
AMOUNT
**$6.85**
R2304E101614-08

Expected Delivery Day: 03/14/2016
**USPS TRACKING NUMBER**

9505 5134 2606 6072 0296 53

RECEIVED
MAR 15 2016
COURT

RECEIVED
MAR 17 2016
CLERKS OFFICE
DETROIT

Marco
3318 Bust Head Rd
The Plains VA 20198

United States District Court
Eastern District of Michigan
Clerk of the Court
Federal Building and U.S. Courthouse
600 Church Street
Flint, MI 48502

**PRIORITY MAIL**
★ TRACKED ★
★ INSURED ★

UNITED STATES
POSTAL SERVICE®
For Domestic Use Only
Label 107, July 2013